# EXHIBIT 2



# Welcome to the Animal Ridders Inc

Raccoons, opossums, squirrels, snakes, moles & more, we take care of it all. Animal Ridders Inc has over 29 years of experience getting rid of the most problematic pests. Serving both residential and commercial clients and their properties, there isn't a critter or creepy-crawly that we can't kick out. We always treat your property with the utmost respect and care. Our professional crew will remove any pest quickly so that you can get back to your life. Protect your home with our effective, tried-and-true pest management system. Contact us today for a Free Consultation.

