# EXHIBIT 4

---------- Forwarded message ---------
From: **Beau Gast** <beau@louisvilleanimalridders.com>
Date: Sat, Mar 15, 2025 at 6:22 PM
Subject: Cease and Desist – Unauthorized Use of "Animal Ridders" Name
To: <Animalridders@gmail.com>
CC: Russ Renbarger <russ@redtag.digital>, Kevin Fox <fox@lbfattorneys.com>


Beau Gast
Animal Ridders, LLC
6006 Crockett Dr.
Louisville, KY 40258
beau@louisvilleanimalridders.com
(502) 200-9943

Animal Ridders of Louisville, Inc.
d/b/a Animal Ridders of Kentucky
2112 Ben Ali Road
Louisville, KY 40223

Dear Margaret Millett Darling,

1

I am writing to formally demand that you immediately cease and desist from any and all use of the business name "Animal Ridders" in the state of Kentucky.

I am the legal owner of Animal Ridders, LLC, which was registered on November 26, 2024 with the Kentucky Secretary of State. Your use of the name "Animal Ridders of Louisville, Inc." and your DBA "Animal Ridders of Kentucky" creates confusion in the marketplace and infringes upon my business identity.

Your continued use of "Animal Ridders" in your business name, advertising, branding, and operations constitutes trademark infringement, unfair competition, and deceptive business practices.

To avoid further legal action, I demand that you:

1. Immediately cease all use of the name "Animal Ridders," including "Animal Ridders of Louisville" and "Animal Ridders of Kentucky."
2. Withdraw or amend your corporate filings and DBA registrations with the Kentucky Secretary of State to remove "Animal Ridders."
3. Immediately remove all references to "Animal Ridders" from your website, advertising, SEO, and business materials.
4. Provide written confirmation within 2 days that you have complied with these demands.

If you do not comply, I will pursue all available legal remedies, including injunctive relief, monetary damages, and attorney fees as permitted by law.

This letter serves as formal notice of my rights and should not be construed as a waiver of any further claims. If you have any questions, you may contact me directly.

Sincerely,

Beau Gast
Owner, Animal Ridders, LLC