# EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANIMAL RIDDERS OF LOUISVILLE, )<br>INC. aka ANIMAL RIDDERS, INC. )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BEAU GAST )<br>And )<br>ANIMAL RIDDERS, LLC )<br>)<br>)<br>Defendants ) | Civil Action No.: _____<br>Judge _____ |

\* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF GREG FREIBERT**

I, Greg Freibert, having been first fully sworn, depose and state as follows:

1. My name is Greg Freibert. I am over the age of eighteen (18) years and am fully competent and authorized to make this Affidavit. I have personal knowledge of the facts contained in this Affidavit and all such facts are true and correct to the best of my knowledge.

2. I am an advertising coordinator at RedTag, LLC ("RedTag").

3. I have been in this position since 2018.

4. RedTag is a full-service marketing agency. Among our services is creating and managing business websites for our clients. Animal Ridders of Louisville, Inc., previously known as Animal Ridders, Inc. ("Animal Ridders") is one of these clients.

5. In 2019, Animal Ridders hired RedTag to create and manage its business website.

6. In or around April 2025, we became aware that the address and contact information for Animal Ridders through Google Maps had been replaced by someone else's information rather than our client's information.

7. We quickly reached out to Google explaining the mistake and requesting the information be switched back.

8. On April 24, 2025, we received a response from Google stating, "your appeal has not been approved. *See* Google Response, Attached as **Exhibit A**.

9. Although Animal Ridders had held the Google Maps account for Animal Ridders for years, the Google response further stated that "[c]ontent that violates our policies on deceptive content and behavior isn't allowed." *See* Exhibit A.

10. This confused us, considering we were *reporting* deceptive content.

11. Because the appeal has been rejected, Animal Ridders has not been able to advertise through Google Maps.

Further, Affiant sayeth naught.

_____
Greg Freibert

COMMONWEALTH OF KENTUCKY    )
                            ) SS:
COUNTY OF JEFFERSON         )

Sworn to and subscribed before me by Greg Freibert, this 30ᵗʰ day of April 2025. My commission expires: 9/7/27.

_____ KYNP78023
Notary Public

2

# EXHIBIT A



**Animal Ridders, your appeal has not been approved**

Your recent appeal for a restricted listing has not been approved.

Content that violates our policies on deceptive content and behavior isn't allowed. Deceptive content intentionally misleads or deceives others.

See restriction policy

You can see the status of your appeals here

Routing ID: DPNB

© 2025 Google LLC
1600 Amphitheatre Parkway