# EXHIBIT 7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANIMAL RIDDERS OF LOUISVILLE, INC. aka ANIMAL RIDDERS, INC.<br><br>Plaintiff<br><br>vs.<br><br>BEAU GAST<br>And<br>ANIMAL RIDDERS, LLC<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: _____<br>)   Judge _____ |

\* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF KEVIN STONE**

I, Kevin Stone, having been first fully sworn, depose and state as follows:

1.　　My name is Kevin Stone. I am over the age of eighteen (18) years and am fully competent and authorized to make this Affidavit. I have personal knowledge of the facts contained in this Affidavit and all such facts are true and correct to the best of my knowledge.

2.　　I am Chief Technology Officer of RedTag, LLC ("RedTag").

3.　　I have been in this position since July 2017.

4.　　RedTag is a full-service marketing agency. Among our services is creating and managing business websites for our clients. Animal Ridders of Louisville, Inc., previously known as Animal Ridders, Inc. ("Animal Ridders") is one of these clients.

5.　　In 2019, Animal Ridders hired RedTag to create and manage its business website.

6.　　In my role as Chief Technology Officer, I had several job responsibilities, including managing web hosting and security updates.

7. One such project I was involved in was the Animal Ridders account.

8. The Animal Ridders website allows for potential customers to submit a service request electronically. These requests are forwarded directly to the Animal Ridders email. *See* Screen Grab of Website, attached as **Exhibit A**.

9. In or around April 2025, it was brought to my attention that some of the requests being submitted through the website were fake or spam.

10. In response, I pulled a report directly from our system detailing each request that has been submitted since April 2021. A true and accurate copy of this report is attached as **Exhibit B**.

Further, Affiant sayeth naught.

_____
Kevin Stone


COMMONWEALTH OF KENTUCKY          )
                                  ) SS:
COUNTY OF JEFFERSON               )


Sworn to and subscribed before me by Kevin Stone, this ___24___ day of April 2025.

My commission expires: ___9/7/27___ .


_____  KYNP78023
Notary Public

# EXHIBIT A



# EXHIBIT B

| # | Date | Subject | Email | How can we help you? |
|---|------|---------|-------|----------------------|
| 544 | 4/20/2025 12:00 AM | Frew | ddfrdh73@hotmail.com | I saw your ad and would like more information. Please get in touch. |
| 543 | 4/19/2025 11:07 PM | | slhjwh12@optonline.net | book |
| 542 | 4/19/2025 6:27 AM | | kbthomas213@yahoo.com | I have a need, please contact me |
| 541 | 4/19/2025 1:40 AM | jd | kathyaschaeffer@msn.com | Please contact me at your earliest convenience. Could you reach out to me when you get a moment? I'm looking forward to your response. Please get in touch. |
| 540 | 4/18/2025 3:41 AM | manager | puppy6@yahoo.com | phone |
| 539 | 4/18/2025 2:49 AM | fd | tracykattar@hotmail.com | Please contact me |
| 538 | 4/17/2025 8:45 PM | Skunk removal | jk.kern115@gmail.com | Have a shunk digging under pool deck, have tried to cover and block fence,  keeps coming back, neighbors have a lot of  over growrh, probably nesting area. |
| 537 | 4/17/2025 10:58 AM | Animals in attic | jwurt626@yahoo.com | Need help getting animals out of attic |
| 536 | 4/17/2025 8:52 AM | Animals in the attic | nkosse80@gmail.com | We have identified the hole where the animals are entering the house. We can hear something in the attic and need to remove them before we seal the hole. |
| 535 | 4/17/2025 12:27 AM | dsfsdfgds | l2scuba@yahoo.com | fdsgdfhfghfghrtyhsfsdz |
| 534 | 4/17/2025 12:26 AM | PEST | lauriecerello@yahoo.com | I found your ad and would like to discuss it further. Waiting for your response. |
| 533 | 4/16/2025 9:18 PM | mrs | c_buffalo57@hotmail.com | Contact me when you're available. |
| 532 | 4/16/2025 9:13 PM | mrs | c_buffalo57@hotmail.com | Contact me when you're available. |
| 531 | 4/16/2025 2:05 AM | NHB | jeremyrussell@att.net | NOT |
| 530 | 4/16/2025 12:12 AM | google | hayjamnlila@yahoo.com | I noticed your ad and would like to learn more. Please contact me soon. |
| 529 | 4/15/2025 5:51 AM | Marla delong1 | marladelong59@gmail.com | Please contact me |
| 528 | 4/14/2025 8:00 PM | n/a | lesleesalon@gmail.com | Please do not hesitate to email me for further details. |
| 527 | 4/14/2025 3:32 PM | | kelly.doyle93@gmail.com | We have some squirrels who have taken up residence inside a post that holds up our screened in porch. We want to ensure they are gone before we cap off the top of it and hoping you can help. |

| 526 | 4/14/2025 4:17 AM | 55109 | corrinenels@yahoo.com | 55109 |
|---|---|---|---|---|
| 525 | 4/14/2025 1:06 AM | | ceciliadiomede@gmail.com | I'm eager to hear back from you. Please get in touch. |
| 524 | 4/13/2025 9:11 PM | | myfunnyfarm2@gmail.com | 5415300273 |
| 523 | 4/13/2025 12:35 PM | Raccoon removal | Dfinley38@gmail.com | I have a raccoon under my house crawl space that has been coming in my house using my pet door |
| 522 | 4/12/2025 2:08 PM | Animal removal | michaelcatrambone77@gmail. | Looking for a quote to remove either a raccoon or possum from attic |
| 521 | 4/12/2025 9:40 AM | Farmington | mindykburnham@gmail.com | Looking forward to your email reply. |
| 520 | 4/12/2025 8:47 AM | Report an Issue | kat2425@aol.com | Please reach out to me as soon as possible. |
| 519 | 4/11/2025 10:22 AM | Animal in attic | pbrotzge@gmail.com | I have a rental condo, 2nd floor. Tenant says he hears what sounds like big animal in attic. There is pull down stairs 2nd floor access in my condo unit. |
| 518 | 4/10/2025 4:48 AM | | wulffmichelle50@yahoo.com | CALL ME |
| 517 | 4/9/2025 9:09 AM | Birds | williamobert513@gmail.com | We have some birds that seem to have nested in a pretty tight/inaccessible area we'd like to have removed. Just need a quote! Thanks! |
| 516 | 4/9/2025 4:49 AM | BALL | jocklynwebb@gmail.com | WE3TDRHGFJ |
| 515 | 4/9/2025 4:36 AM | we | kap6712@yahoo.com | we |
| 514 | 4/9/2025 1:22 AM | n/a | marilynniles12@gmail.com | Please do not hesitate to email me for further details. |
| 513 | 4/8/2025 11:05 PM | | Mminn2244x@gmail.com | I noticed your ad and would love to get in touch. |
| 512 | 4/8/2025 4:53 PM | Raccon removal | terrellthornton@gmail.com | Racoon in my attic |
| 511 | 4/5/2025 4:53 AM | ZXCVBN | mjdelema@aol.com | ZXC |
| 510 | 4/4/2025 4:02 AM | Product Question | mariefreligh@yahoo.com | I found your ad online and would love to hear more. Please contact me. |
| 509 | 4/2/2025 4:09 AM | | sturtamm@yahoo.com | Your ad caught my eye. Please contact me when you can. |
| 508 | 4/1/2025 5:47 PM | Critter in attic | nikibird@bellsouth.net | Need you to come out asap to rid of whats in attic |
| 507 | 4/1/2025 4:26 PM | 6+5 | petey_witty123@yahoo.com | 652 |
| 506 | 4/1/2025 2:14 AM | Jose Esparza | lupitamunoz1987@yahoo.com | I noticed your advertisement and am interested in hearing more. Please contact me. |
| 505 | 3/31/2025 9:59 AM | | animalridders@gmail.com | squirrels |

| 504 | 3/30/2025 11:29 PM | Animal in Attic | adtdhall@bellsouth.net | There is an animal in our attic space - making lots of noise - especially after dark |
| 503 | 3/29/2025 8:17 AM | FSDFSA | shawk@mtco.com | DSADSADSA |
| 502 | 3/28/2025 3:25 AM | Connecticut | lachabot@yahoo.com | Please send some information to my email |
| 501 | 3/27/2025 11:37 PM | 6369288800 | cpmonograms@hotmail.com | 6369288800 |
| 500 | 3/27/2025 11:27 PM | 3093602087 | cindy@dirpro.com | 3093602087 |
| 499 | 3/27/2025 4:59 AM | Suspected animals in | aoswartz@gmail.com | I think I have some kind of animal in my attic. Woke up to strange noises and went outside to find gutter/roof damage. Think something crawled inside. |
| 498 | 3/26/2025 2:59 AM | sfdghfh | maggiejacque@me.com | I'm very interested in you. |
| 497 | 3/24/2025 3:02 AM | Ohio | orlyrumberg18@gmail.com | Please send some information to my email |
| 496 | 3/23/2025 1:19 AM | Karla Backus | backuskarla1767@comcast.ne | Please send an email to my email address |
| 495 | 3/21/2025 9:55 AM | 2 pit bulls running loos | carolscre@gmail.com | Come pick up these dogs running loose in our neighborhood. We have all senior citizens living here and are scared to go out of our houses to walk our neighborhood. They have been loose since last night around 10pm. |
| 494 | 3/21/2025 2:24 AM | Cooperation | jaymlucas@gmail.com | Please send some information to my email |
| 493 | 3/20/2025 11:01 AM | Cridders in my yard m | hdoxgal@gmail.com | Please eliminate them. |
| 492 | 3/20/2025 5:09 AM | Male | dcharlton22@icloud.com | Male |
| 491 | 3/20/2025 4:27 AM | | Dgmeyers@sbcglobal.net | please call me |
| 490 | 3/19/2025 12:49 AM | Animal removal | jstro34@yahoo.com | animal in my crawl space. Need removed asap. Very active at night. Don't notice any holes in the ground or access points around perimeter. Leads me to believe possible groundhog. Very loud banging sounds literally like a hammer at times |
| 489 | 3/13/2025 11:43 PM | 19872 Silvery Blue Terrace Cuostemer service | zeinabaly@yahoo.com | BY EMAIL |
| 488 | 3/13/2025 11:19 PM | Brent | kaynembr@gmail.com | kaynembr@gmail.com |
| 487 | 3/13/2025 2:02 AM | AD | fcouch@live.com | NO |
| 486 | 3/12/2025 11:21 PM | FGH | charlesdj189@gmail.com | Please send some information to my email |

| | | | | |
|---|---|---|---|---|
| 485 | 3/12/2025 11:40 AM | Moles/groundhogs | gkann10@hotmail.com | We seem to have a mole or groundhog problem in our front yard, dirt mounds keep rising up. I want to inquire about removing them because they're tearing up our lawn. |
| 484 | 3/12/2025 6:27 AM | Darlene Higgins | spedmom13@gmail.com | Please send some information to my mailbox. |
| 483 | 3/9/2025 8:02 AM | Lydia Rosario | lydiamaritza@gmail.com | Lydia Rosario |
| 482 | 3/9/2025 5:54 AM | Mole service | garyscottnichols@gmail.com | I would like to schedule mole service. |
| 481 | 3/9/2025 3:11 AM | Raccoon removal/repa | iworkage@yahoo.com | Early morning 3/8/25, thumping noises heard on roof. Found two raccoons wrestling on roof. Some damage seen to sofit on 3/9/25. Need check for continued raccoon inhabitantion, and any repairs needed.<br><br>Thanks!<br><br>Jamie Boyer |
| 480 | 3/9/2025 1:13 AM | no | ehernandez0110@gmail.com | call |
| 479 | 3/9/2025 12:43 AM | | rabin1ny@gmail.com | Please send some information to my email |
| 478 | 3/9/2025 12:05 AM | Report an Issue | marcf888@aol.com | When you're available, please contact me. |
| 477 | 3/8/2025 10:38 PM | 1 | bmarlin2355@gmail.com | Please contact me as soon as possible |
| 476 | 3/8/2025 5:53 AM | feedback | clifdantowh@gmail.com | I'm eager to hear back from you. Please get in touch. |
| 475 | 3/5/2025 9:44 AM | Mice | julie.tisera@gmail.com | I left a VM too. I would like to see if you can help get rid of a mice problem in our home. We have had Orkin out countless times and had the house sealed but now, after about 4 months with no sightings, the mouse or mice are back in a drawer in an area of the kitchen. Thank you, Jules Tisera |
| 474 | 3/5/2025 7:56 AM | CA | xlionwarriorx@gmail.com | CA |
| 473 | 3/3/2025 3:36 AM | 111 | jbrantley2015@gmail.com | 111 |
| 472 | 3/2/2025 10:29 PM | Safety | deanie434@gmail.com | Provide me with product and service information |
| 471 | 3/1/2025 3:11 PM | Skunk odor | tom.gerstle@yahoo.com | help locate and remove skunk or similar animal that may have died in my crawl space or attic. |
| 470 | 3/1/2025 6:18 AM | Jones | dnaomi.jones@att.net | Jones |
| 469 | 3/1/2025 12:12 AM | Laboratory Manager | dslak@hotmail.com | I noticed your advertisement. Please reach out to me. |
| 468 | 2/28/2025 5:46 PM | Mole Removal | mseitzinger@gmail.com | I'd like to hire you to remove mole(s) from yard. |

| 467 | 2/28/2025 4:58 PM | Possible dead animal | mgrsova@brooksideproperties. | We believe we may have a dead animal in one of our common hallways. |
|---|---|---|---|---|
| 466 | 2/24/2025 4:05 PM | Rodent | Ruthnelson1957@gmail.com | Rodent in my attic |
| 465 | 2/23/2025 7:46 PM | | jenjoiner@att.net | Please reach out to me via email at your earliest convenience. |
| 464 | 2/23/2025 9:36 AM | Skunk.. maybe a babie | halo2949@gmail.com | Skunk removal |
| 463 | 2/23/2025 6:30 AM | Racoon | radelros83@icloud.com | Need to remove racoon from attic |
| 462 | 2/20/2025 6:47 PM | Remove wild life | radelros83@icloud.com | Raccoon in attic |
| 461 | 2/17/2025 3:34 PM | Raccoon in attic | harper.jill@myyahoo.com | Quote for raccoon removal |
| 460 | 2/15/2025 11:36 AM | Schedule Mole Remov | mseitzinger@gmail.com | I'd like to schedule mole removal. |
| 459 | 2/15/2025 11:20 AM | Mole Removal | mseitzinger@gmail.com | I'd like an estimate for removing moles from my yard. |
| 458 | 2/14/2025 9:13 AM | Squirrels | scottfederico9@att.net | I would like a quote to remove squirrels from my attic |
| 457 | 2/12/2025 1:27 PM | Squirrels | mccaulleydb@twc.com | We have squirrels in our attic. We have damage to our soffits and roof and are contacting roofers to replace and repair these problems. I think the squirrels need to be removed first, but I don't know how we will keep them out until the repairs are done. |
| 456 | 2/11/2025 1:23 PM | Squirrels in attic | kivalaura13w@gmail.com | Get rid of squirrels |
| 455 | 2/10/2025 8:36 AM | Squirrels in attic area | deloris299@gmail.com | Animal removal |
| 454 | 2/7/2025 6:41 AM | Skunk | brian.j.easley@gmail.com | I have a skunk den under my back deck. It is not transitory. The skunk has been there since October, at least. The whole house stinks and I have three kids. Black Diamond charged me almost 500 bucks to set traps for a few days, and they didn't even catch anything.I'd like someone to come get this skunk from under my deck, somehow.Thanks. |
| 453 | 2/7/2025 6:14 AM | Raccoon in attic | jason.wayne78@gmail.com | Hi, we have a raccoon living In our attic and would like it removed. Can you assist? |
| 452 | 2/6/2025 7:30 AM | Feedback | aussie4438@aol.com | I found your ad online and would love to hear more. Please contact me. |

| | | | | |
|---|---|---|---|---|
| 451 | 1/30/2025 11:22 AM | Critters in my attic | sarahbhoge@yahoo.com | We are hearing critters in our attic at an increasing rate. We know there are mice up there but are thinking maybe a family of squirrels or raccoons has joined them. We'd love help removing them & determining how to keep them out if possible. |
| 450 | 1/29/2025 6:47 PM | Raccoon in the attic | erron6864@yahoo.com | Rick Shaw is my landlord and he said give you a call. I've called you several times before. |
| 449 | 1/29/2025 8:31 AM | | Lisanurse1991@bellsouth.net | Remove animals from attic |
| 448 | 1/29/2025 8:12 AM | Services needed to rer | Lisanurse1991@bellsouth.net | Services need.  Thanks |
| 447 | 1/27/2025 11:13 PM | Raccoon | Sdonovan@bellarmine.edu | We have had an ongoing problem with a raccoon in our attic. |
| 446 | 1/22/2025 7:04 PM | Bat | kimberlyjackson0089@gmail.c | There is a bat in my basement |
| 445 | 1/22/2025 5:40 PM | Squirrels in our rooflin | andynussbaum@gmail.com | remove squirrels and patch openings |
| 444 | 1/20/2025 3:03 AM | 1 | Audreywilford@yahoo.com | I noticed your advertisement. Please reach out to me. |
| 443 | 1/17/2025 3:05 PM | Possible presence of b | ebjones1935@gmail.com | For the past year, we have noticed some droppings collecting on our back porch underneath the outdoor speakers. At first, we just thought birds were building nests, but the droppings are a year-round issue, so we are wondering if we have bats. We don't need the outdoor speakers anymore, and they could be removed permanently when trying to figure out what the issue may be. Thank you. |
| 442 | 1/15/2025 1:55 PM | Squirrel Removal | thestables@pmrcompanies.co | Hi there,<br>My name is Mackenzie Kasbaum. I'm the Property Manager for The Stables at English Station Apartments. Bill from Apex Pest Control recommended Animal Ridders & Margie. We have a squirrel that's in the attic of one of our buildings making a lot of noise. I'm hoping to get a bid for removal, your earliest availability, and to confirm that we can pay via invoice and check. Thank you! |
| 441 | 1/15/2025 5:16 AM | shamara giddins | shamaragiddins@yahoo.com | Please send some information to my email |
| 440 | 1/13/2025 8:40 PM | Raccoon/pest remova | Troypeake@gmail.com | I have a raccoon in my walls/underneath my installed tub which I need removed. I will also need the entry point at the gutter/roofline sealed off |

| | | | | |
|---|---|---|---|---|
| 439 | 1/8/2025 8:18 PM | Critter in the crawl spa | johnsonkevin931@yahoo.com | I have an unknown critter that has entered the crawl space as I heard a noise in my kitchen and had a couple of boards blocking it.  I looked through the door window and saw a partial face inside and one of the boards blocking the crawl space seemed to be pushed forward and was pitch black when i saw a face.  I do not want to attempt to reblock the opening as.it may be a dangerous animal.  This happened just before 8 PM and dark outside.  It must be a nocturnal critter and I have seen raccoons and opossums over the years in my yard.  I caught a young Raccoon several years ago in an animal trap but was during the Summer.  I released it into the wild.  I think the critter has some strength as it has supposedly knocked the boards and barrier down.  It is two separate pieces of wood and have bricks holding it.  Once you contact me, I will notify my wife as she is home during the day and I'm at work during the week.  Thank you very much. |
| 438 | 1/6/2025 12:48 PM | Animals living in attic | taylarglasgow@gmail.com | Hello! We have animals living in our attic, they seem to be getting worse, making scratching noises |
| 437 | 1/6/2025 7:15 AM | Racoons? In the walls | lori.mcclain1959@gmail.com | Get rid of them , (NOT WITH CAGES!!!, DOESNT WORK, KILL THEM |
| 436 | 1/5/2025 11:45 AM | Animal in attic and/or | rnbaumgartner1129@yahoo.cor | Inspect our attic and trap and remove animal(s) if found.  We used you before to help control a chipmunk infestation. |
| 435 | 1/3/2025 11:56 PM | Raccoons out of contr | vincent.farrell19452@yahoo.co | We have a hole in our attic where this family of racoons keep coming in and we can't keep them away |
| 434 | 1/1/2025 8:54 PM | Animals in my attic | cmarlin09@gmail.com | Need to remove animals in the attic. First heard them Jan 1 |
| 433 | 12/27/2024 4:16 PM | Small animal storing f | feige7173@gmail.com | Get rid of them?<br><br>Feel free to call me any time on my cell please. 502-767-7867 |
| 432 | 12/24/2024 2:51 PM | Mole removal | krkirk@gmail.com | Need help with Mole removal. |
| 431 | 12/21/2024 8:26 AM | Noise in attic | natejones396@icloud.com | Removal of animal in attic sounds like birds |

| | | | | |
|---|---|---|---|---|
| 430 | 12/18/2024 8:26 PM | Raccoons or squirrels | tstewart2306@gmail.com | Some animal appears to have gotten into the side of my house and now they're trying to scratch through the insulation to get into the garage. |
| 429 | 12/16/2024 6:53 AM | | garyscottnichols@gmail.com | Looking for a residential mole removal quote |
| 428 | 12/6/2024 1:20 PM | I have squirrels in my a | rewing1022@att.net | trap squirrels, remove them and repair access holes |
| 427 | 12/5/2024 8:09 AM | Cleaning quote for you | brian@cleaning-louisville.com | Are you interested in receiving a professional janitorial or disinfection quote for your business? I'd like to provide a strategy that will take care of all your facility needs, along with excellent communication and customer service. Just send me a quick reply and I'd be happy to schedule a site visit and give you a complimentary, no-obligation quote.<br><br>Have a great day!<br><br>Brian Foster<br>Franchise Owner<br>Commercial Cleanrs Louisville<br>brian@cleaning-louisville.com<br><br>"They did an excellent job on our project. The equipment was impressive and effective, and scheduling was easy." - Lori Riddle Eberenz<br><br>Respond with stop to optout. |
| 426 | 12/4/2024 12:50 PM | Moles | markbaker@twc.com | I have a mole or moles in my backyard can you help us out?  Thanks |
| 425 | 12/4/2024 11:35 AM | Something is in my att | chris.redd1@gmail.com | Sounds like I have mice or something in my attic.  You can hear it at 4 or 5am in the morning |
| 424 | 12/3/2024 1:15 AM | Squirrels in attics | jrhigdon@bellsouth.nt | Remove and block entry points |
| 423 | 12/2/2024 3:02 AM | Wild animals in attic | cryhard18@gmail.com | I need help getting whatever is in my attic out and keep scratching trying to get through my roof and my vents the walls |

| | | | | |
|---|---|---|---|---|
| | | | | Wikipedia is considered to be the World's most significant tool for reference material. The Wiki links show up on the 1st page of Google 97% of the time. With a Page on one of the most revered reference tools, you are sure to get yourself or your business noticed. So if you're thinking of getting a Wikipedia Page created, it's the best time of the year.<br><br>If you are interested in getting more information just respond back to this email.<br><br>Thanks,<br><br>Kevin Balor<br>Wiki Experts Inc<br>kevin@wikiexpertinc.org |
| 422 | 11/30/2024 7:29 AM | Get A Wikipedia Page | kevin@wikiexpertinc.org | Respond with stop to optout. |
| 421 | 11/29/2024 11:55 AM | Critter in attic. | lamontc@twc.com | For several weeks have heard critter in attic. Not sure what it is. |
| 420 | 11/14/2024 6:39 AM | Racoons | jamesroy349@hotmail.com | I have 3-4 racoons that will wander on our deck early mornings, looking to get rid of them from around my deck and property. |
| 419 | 11/11/2024 4:58 PM | Critter in attic | lucas40150@gmail.com | Im needing quote on removing a critter in my attack that I can not get rid of. I think it's squirrel or a chipmunk. |

| | | | | |
|---|---|---|---|---|
| 418 | 11/10/2024 8:10 PM | Barking dog | klb8740215@yahoo.com | The next door neighbor's dog barks excessively very loud and is very annoying and it starts all the neighbors around here and it's from morning to the night on and off and will not stop we would like to see the dog removed the neighbor's addresses 929 Dresden avenue this happens morning noon and especially at night when everybody's trying to be quiet in their homes and things and we just want the dog gone. And if possible I would like to remain anonymous because I do have to live by side her thank you very much |
| 417 | 11/8/2024 10:06 AM | Raccoon | mlswilliamson@gmail.com | I have raccoons that have been using my upper deck as a latrine. |
| 416 | 11/5/2024 9:43 PM | | nicholasshrum@gmail.com | Your advertisement caught my eye. Please contact me. |
| 415 | 11/4/2024 6:43 AM | Animal entry | chiqbook@live.com | Plug areas |
| 414 | 10/30/2024 8:02 AM | Removal Quote | 91reek@gmail.com | hello, i am trying to find out how much it would cost to remove what we believe to be raccoons from our home |
| 413 | 10/29/2024 7:21 PM | Groundhog removal | stephanie.l.michel@gmail.com | We have a ground hog living under our deck and are concerned about potential damage it could cause |
| 412 | 10/25/2024 8:29 PM | | dggaha01@gmail.com | Groundhog under deck |
| 411 | 10/23/2024 9:05 AM | Mole removal | katelyn.murren@gmail.com | Hello! I was referred by Farison Lawn Care, we have grub/mole problem in our yard that we would like help addressing and wondering how you go about it and if we can get a quote? Thanks so much! |
| 410 | 10/23/2024 8:33 AM | Critter possum or racc | cmcarb01@exchange.louisville | Critter possum or raccoon in crawl space |
| 409 | 10/20/2024 2:58 AM | NONE | guitar_player08@yahoo.com | Pls email me more details, thx. |
| 408 | 10/17/2024 2:07 PM | | Wendicalzadilla0191@gmail.co | Tengo mapaches en el atico |
| 407 | 10/16/2024 8:07 AM | Animal removal from c | a.steever03@gmail.com | Animal removal from crawl space in attic |
| 406 | 10/15/2024 11:04 AM | Rodent removal | jeifler@hotmail.com | Moles are destroying my back yard and something has taken up residence in the wall of my bedroom. ⬚ Id love to get some traps set for the moles and the rodent removed from my wall. |

| 405 | 10/14/2024 2:21 PM | squirrels in attice | hinesannw1942@gmail.com | Squirrels have torn up soffit and surrounding area in front and back of house.  Need to get rid of squirrels so damage can be repaired. |
| 404 | 10/14/2024 10:20 AM | Groundhog problem | Shoebox@ahd.com | Live trap and removal |
| 403 | 10/13/2024 8:50 PM | tresfes | segura.amarco@gmail.com | trewreefe |
| 402 | 10/13/2024 3:43 PM | Moles in yard | pppotts@att.net | We believe we have moles in our yard and landscaping |
| 401 | 10/13/2024 2:15 PM | Moles still here | lhedgspe@twc.com | We seem to have another mole or one which wasn't trapped the last time we had traps set? This time the activity is around the base of the mailbox. I'm curious if you actually caught any the last time we had the traps set out last month? Thanks |
| 400 | 10/11/2024 8:06 AM | Animal control | damondhargrove3@gmail.com | I think it's a raccoon or 2 running around my ceiling I'm not sure what it is or how many but it's heavy and it's trying to get into our house and I have a cat and the thing is destroying our pipes and ceiling by scratching bumbing pipes i don't know how it's getting in but I need help asap! Thanks. |
| 399 | 10/10/2024 8:11 AM | removal of some kind | ef7708@aol.com | I left a message on the phone yesterday. I thought I would fill this form out today.<br>We have an overhang from our dining room. It is open and dry and apparently easy to dig in. There is at least two holes close to the foundation. I can be contacted by a call or text at the above number or I will check my email. Thank you. |
| 398 | 10/9/2024 9:01 AM | Mole problem | tamrahamade@gmail.com | My yard is a wreck, have not been successful with my own trap setting. HELP :) |
| 397 | 10/6/2024 1:03 PM | Raccoon in attic | atrueecp@gmail.com | Raccoon in attic |
| 396 | 10/3/2024 4:26 PM | | eileen.biagi@outlook.com | Groundhog digging around foundation. |
| 395 | 10/2/2024 11:30 PM | Woodpeckers and pos | janicefvetter@gmail.com | Woodpeckers are eating my house and there may be a skunk because my dog has been skunked twice in the last month |
| 394 | 10/1/2024 3:13 PM | squirrels in attic | brockman@twc.com | get em out |

| | | | | |
|---|---|---|---|---|
| 393 | 9/30/2024 8:57 PM | 2 wild pigs on property | sbeneke@benekewire.com | Can you trap or use for food?  2 males each about 70-80 pounds. Getting tame now and want to enter factory. Cute, but need to go. Have pic/videos. Cell phone listed - thanks. Beneke Wire Co. |
| 392 | 9/30/2024 5:27 PM | Lucrative job / Join our | wuli2609@gmail.com | Hello,<br><br>I apologize for my cold outreach.<br><br>My company is interested in your service as a company representative. I have also reviewed your profile on BBB and know your eligibility to help the company.<br><br>Have a great day ahead.<br><br>Best Regards,<br>Wu Li<br>Human Resources Manager |
| 391 | 9/24/2024 11:45 PM | 11/30/1981 | zachpeters81@gmail.com | 11/30/1981 |
| 390 | 9/24/2024 3:41 PM | | verdes47@hotmail.com | I have something in my attic |
| 389 | 9/21/2024 9:55 PM | | wht1972@yahoo.com | asdasdasd |
| 388 | 9/19/2024 9:12 AM | Racoon & opossum re | klinek2@cintas.com | Hello, we are needing help removing a racoon and litter of baby opossums from our facility please. We are hoping to have a professional set live traps on a Friday afternoon/evening and return on a Sunday afternoon/evening to remove the animals. Please give me a call to discuss details - 502-689-4839. Thanks! |
| 387 | 9/18/2024 9:08 AM | Raccoons | tarapowell01@gmail.com | Hello. I've found two raccoons living in the soffit of my house. I'd like to see if you can remove them. |
| 386 | 9/16/2024 2:41 AM | Skunks | adsltech@yahoo.com | Skunk family removal |

| | | | | |
|---|---|---|---|---|
| | | | | If your current cleaning service is falling short of your expectations, it's time to consider a refreshing change. We specialize in providing top-notch commercial cleaning services that go beyond the ordinary. We understand the importance of a clean and inviting workplace, not only for your employees' well-being but also for creating a positive impression on clients and visitors. Don't settle for subpar cleaning any longer. May I give you more information and a no-obligation quote?<br><br>Thank you for your time,<br><br>Brian Foster<br>Franchise Owner<br>Commercial Cleanrs Louisville<br>brian@cleaning-louisville.com<br><br>"They did an excellent job on our project. The equipment was impressive and effective, and scheduling was easy." - Lori Riddle Eberenz |
| 385 | 9/13/2024 9:43 AM | Re: Cleaning Quote | brian@cleaning-louisville.com | Respond with stop to optout. |
| 384 | 9/11/2024 8:43 PM | Animals in attic | krtayl03@yahoo.com | We think we have raccoons in the attic and want them removed |
| 383 | 9/11/2024 1:54 PM | Skunk removal | leeannzwiebel@gmail.com | We believe we have a skunk (or other animal) under our screened porch. I see evidence of burrowing in our mulch. |
| 382 | 9/9/2024 7:08 PM | Squirrel Caught | smcwhorter00@gmail.com | Cage was set today. Squirrel in it already |
| 381 | 9/7/2024 1:22 AM | Insect Removal | TANYAWBY@GMAIL.COM | It's best to be able to talk to me on the phone right now |
| 380 | 9/4/2024 6:17 PM | moles | mlacy12@aol.com | I need an appointment for a couple of moles. Rather than phone tag, please email or leave a message for the day and time and I'll be there. Thank you. |

| 379 | 9/3/2024 2:40 PM | Bait | getsewing@gmail.com | I need to schedule an appointment to have my outside boxes baited again. You guys have done this for me in the past , recently in February. |
| 378 | 9/3/2024 8:43 AM | Moles seem to be mul | lhedgspe@twc.com | Follow up evaluation |
| 377 | 8/30/2024 2:12 PM | Critters in the house | jaynick123@gmail.com | We woke up to scratching and footsteps in the walls and ceiling last night. I would love to get a quote. |
| 376 | 8/26/2024 7:15 PM | More mole activity | lhedgspe@twc.com | Even though we've got some of your traps out , we're seeing more activity along the back sidewalk and by the back portion of our deck. I've placed flags in these spots. Thanks |
| 375 | 8/26/2024 8:32 AM | Bats at Breckinridge S | slehr@pmrcompanies.com | Good morning!<br>I am reaching out to you regarding a bat situation at a property we manage,<br>I have a scope I can send over if helpful. |
| 374 | 8/22/2024 7:27 AM | Raccoons in crawl spa | jeffs@fishmarketseafoods.net | would like them removed |
| 373 | 8/21/2024 4:39 PM | Possum | sandraholyfield@gmail.com | I have a possum in my backyard that is killing my chickens. Help please. |
| 372 | 8/18/2024 1:22 PM | Moles in front yard | bethcrafferty@gmail.com | Need to have our yard checked for moles |
| 371 | 8/17/2024 6:47 AM | The raccoons are back | antonioddduncan@gmail.com | You guys have been out here before about raccoons running through the walls. It sounds like one has got pregnant and is setting up to deliver babies. Can yall please get someone one out here before she do and thanks.<br>Around 6a to noon is when it's most active. |
| 370 | 8/15/2024 10:47 AM | | ahmadnaimh@gmail.com | Squirrel in the attic |
| 369 | 8/15/2024 9:31 AM | Moles | timoconnor714@gmail.com | Mole issue on property. |
| 368 | 8/14/2024 3:35 PM | Removal of Dead anim | ptprather@yahoo.com | What is the charge for this service |
| 367 | 8/13/2024 12:18 AM | Questions | beckyfelix70@yahoo.com | Hello I have questions regarding your service. I have noticed a little red fox running around, not only do I not want to see it get hit by a car, or starve to death, or eat the feral cats out here. i was just concerned about its safety and how the fee works? |
| 366 | 8/12/2024 12:29 PM | Possum removal | tparrott473@yahoo.com | Have 3 - possums setting up residents in an outside storage shed in my fathers home |

| 365 | 8/11/2024 1:05 PM | Opossum infestation | debbfitz@aol.com | We have opossums in our attic or crawl space and coming in the kitchen. Please help us! |
|---|---|---|---|---|
| 364 | 8/11/2024 7:36 AM | Trapped raccoon | kenrick.tw99@gmail.com | Hi I have a trapped raccoon in my backyard and need it removed. |
| 363 | 8/11/2024 6:53 AM | We have a skunk in a t | LJM@twc.com | Thank you |
| 362 | 8/9/2024 8:51 AM | Something in my ceilir | s.bray18@yahoo.com | I can hear something in my ceiling. The access to my attic is on the exterior of my house and I'm scared something got in there. Please help! |
| 361 | 8/8/2024 2:32 PM | Moles are back | lhedgspe@twc.com | We've still got some moles in backyard by driveway. I've put flags out where the most visible trails are. Thanks |
| 360 | 8/8/2024 9:18 AM | Bats | nbrewer0421@gmail.com | We had a bat in our kitchen a couple days ago.  (He flew out the door). This is the second time we've had one - we can't remember exactly when the first time was, but it was within the year.  Are you able to tell how they're getting in and if there's an issue or just a random occurrence? Thank you! |
| 359 | 8/5/2024 4:11 PM | Moles | allenford3433@gmail.com | Our 4 acre yard is riddled with moles.  Can you help? |
| 358 | 8/5/2024 8:23 AM | Chipmunk removal | amandakrise0@gmail.com | I have chipmunks burrowing all around our foundation and need a quote to get them removed please. Thank you! |
| 357 | 8/5/2024 2:25 AM | Unwanted animal in hc | to50andbeyondinky@gmail.con | Get it out and away |

| | | | | |
|---|---|---|---|---|
| 356 | 8/2/2024 12:23 PM | Rodents in Attic | bethhwd1977@gmail.com | Hello,<br>We have something scratching around in the exterior wall in our master bedroom. The house has been treated for rodents before, back in September of 2019. From the sounds I'm hearing, I figure they're back. It's too small to be a racoon. I'd like to have someone out to sprinkle poison bait.<br><br>The attic opening is a tiny square cut out inside our closet, so send a skinny person. LOL.<br><br>Feel free to call if you have any additional questions. I will be unavailable between 12:30 and 2:30 today, as I am currently at work and unable to answer personal calls during that time.<br><br>Thank you,<br>Beth |
| 355 | 8/1/2024 3:49 PM | | patrickstoess@yahoo.com | Estimate on snake removal and correction to prevent future |
| 354 | 7/27/2024 10:15 PM | Raccoon Problem | pnp.frank@gmail.com | Raccoon trap and removal |
| 353 | 7/27/2024 7:48 AM | Bats in attic | trysiahenderson@yahoo.com | I need to have bats removed from my attic |
| 352 | 7/26/2024 1:04 PM | Mole Service | jsmky@yahoo.com | Would like a quote for removal of Moles |
| 351 | 7/20/2024 2:20 PM | Pigeons | kemiller1043@gmail.com | We have a family of pigeons living in our attic. |
| 350 | 7/18/2024 9:33 AM | Mole removal and Rat | danielson4@twc.com | Need to remove a tat that is coming in our home and we have a mole issue in the back yard |
| 349 | 7/17/2024 8:18 AM | possible critter in chim | nancyesswanson@gmail.com | Will you email me a price to check and remove a critter in my chimney. Not sure if that is what is going on and would like a price for your service. |
| 348 | 7/15/2024 6:47 AM | Racoon | tameshabryant34@gmail.com | There's a racoon bout to fall thru my attic like right now |
| 347 | 7/14/2024 4:33 PM | Dead skunk on neighb | shiestand@me.com | Do you remove dead skunks from green space in a private neighborhood? If so, how quickly and what is the cost |
| 346 | 7/7/2024 1:31 AM | | love.kanisha@yahoo.com | I have raccoons in attic |

| | | | | |
|---|---|---|---|---|
| 345 | 7/5/2024 6:10 PM | rodents in attic | abe.labiner@gmail.com | Hi, Lou Pomerance here with Pomerance Properties. We have a commercial account with you. One of my rentals has something in her attic which needs to be removed. Please contact her. Kimberly Burton. 4811 E. Manslick Rd. Louisville, KY 502.416.4581. Thank You. Please email me to confirm you received this message at info@pomeranceproperties.com |
| 344 | 7/5/2024 1:07 PM | Bat in attic | lashelly@me.com | Need quote for bat removal in attic |
| 343 | 7/2/2024 11:35 AM | RACCOONS | lizza1979@gmail.com | SEEMS LATELY A GROUP OF 4 BABY RACCOONS HAVE DECIDED THEY LIKE TO HANG OUT AT MY HOUSE. THEY GO IN AND OUT OF THE ATTIC, THEY INVESTIGATE THE GARAGE AND NOW IT SEEMS THEY WANT TO HANG OUT ON FRONT PORCH...THEY ARE CUTE AND ALL BUT WE CAN'T GET IN AND OUT FRONT DOOR TILL THEY LEAVE...I GOT AN ESTIMATE FROM COMPLETE ANIMAL REMOVAL FOR 2500.00 WHICH IS OUT OF MY PRICE RANGE...DO YOU HAVE ANY SUGGESTIONS ON WHO TO CALL OR WHAT TO DO...AFTER I MAKE SURE THEY ARE OUT OF ATTIC THEN I NEED IT SEALED UP..THANKS |
| 342 | 6/30/2024 9:23 AM | Raccoon | Tiffany102186@gmail.com | I submitted previously about a Raccoon stuck in my fence. The correct number to reach me is 502 287-7243. Pls help Im scared |
| 341 | 6/30/2024 9:18 AM | Raccoon | Tiffany102186@gmail.com | Raccoon stuck in backyard fence where our children and dog play. |
| 340 | 6/29/2024 11:23 AM | | tsego79@gmail.com | Wild rabbit need help leg bite or pain |
| 339 | 6/22/2024 8:45 PM | Groundhog issue | nicolefritz524@gmail.com | Hello! It seems a groundhog has taken up residence in my yard. I haven't found any burrowing spots but he has been boldly hanging out in the evenings eating the clovers the past two nights. The yard is fenced in. Needing some guidance on what I should do. Thanks! |

| | | | | |
|---|---|---|---|---|
| 338 | 6/22/2024 5:08 PM | Critter Control - Ruinir | macsimpson3@gmail.com | Hi,<br><br>We have a type, or multiple types, of critters burying holes all throughout our yard. So far, I've seen many chipmunks, ground squirrels, rabbits, and possibly moles/voles. They are ruining our yard and I am looking for a solution to deter them all entirely. Any service to fix this issue once and for all is greatly appreciated.<br><br>Thank you,<br>Maclin Simpson |
| 337 | 6/22/2024 11:35 AM | Mole, vol and chipmur | desteitz@gmail.com | I have a serious mole problem in my back yard and in rear landscaping.  Need traps set. I also have a chip monk problem around the house particularly by the hose container and out front.  I have used your service through Monticello Place HOA before. |
| 336 | 6/21/2024 12:53 PM | Raccoons | lilsuzie75@gmail.com | Woukd like to relocate raccoons tearing up our yard. |
| 335 | 6/18/2024 10:27 PM | Rats | dcaple502@att.net | Get rid of rats near my chicken coop. |
| 334 | 6/17/2024 1:47 PM | animal removal | shaniwomack@gmail.com | Hi. I have a large hole in my backyard.  I feed to determine if anything lives in there and if so, have it removed. |
| 333 | 6/17/2024 8:43 AM | | stephen.d.haskins@gmail.com | Bats in attic coming into the house at night |
| 332 | 6/17/2024 12:46 AM | | stephon.d.harbin@gmail.com | We trapped an oppossum and need it removed from the premises |
| 331 | 6/15/2024 8:54 AM | Mole problem in front | ssmith6913@yahoo.com | Need someone to come set some traps and remove them. We have been setting traps for a couple weeks, and have not been successful yet. Got your name and number from our neighbor across the street and he said you have been doing a great job getting rid of his moles for him. |
| 330 | 6/12/2024 4:11 PM | bird | sierrakuroko@gmail.com | i found a baby bird that's bleeding from its mouth it feel out and can't locate a nest |
| 329 | 6/8/2024 7:47 AM | Pests | kurtyj@aol.com | Mice inside.  Squirrels in crawl space above |

| 328 | 6/6/2024 8:38 AM | Skunk relocation | jeremey.cheser@gmail.com | We have two skunks, a mom and a baby I believe, that have been frequenting our backyard and weld like them relocated. |
| 327 | 6/4/2024 8:34 AM | Chipmonks are back! | sdmitchell@twc.com | Please set traps again-thanks! |
| 326 | 6/2/2024 10:48 AM | Mole removal in lagran | kimforman13@yahoo.com | My neighbors and I have some moles that are tearing up our yards and garden beds.  Please let me know if you come out to oldham county! |
| 325 | 5/31/2024 7:42 AM | Feral cat found on bac | joepress@gmail.com | Can the cat be picked up? |
| 324 | 5/29/2024 7:22 PM | Lots of baby skunks | Mwhite134@yahoo.com | Have them removed and or relocate |
| 323 | 5/28/2024 1:19 PM | Birds in dryer vent | Kimberhuffman@neilhuffman.c | Birds have nested in our dryer vent and can hear them in the wall behind my laundry room.  Need removal asap and vent wired shut. |
| 322 | 5/28/2024 11:03 AM | Chipmunks | Bryanrandall1985@gmail.com | I have chipmunks in my yard and they are digging along the side of my house by my AC unit. Do you guys offer removal of this animal? If so, what would that cost? Thank you! |
| 321 | 5/28/2024 8:13 AM | Baby skunks in my bac | kitvic16@gmail.com | I need help getting them out of the yard. |

| | | | | |
|---|---|---|---|---|
| | | | | Are you currently satisfied with the cleanliness of your workspace?<br><br>We understand the challenges businesses face when it comes to maintaining a pristine environment. We've established our reputation on providing reliable, consistent, and high-quality cleaning services. Would you like a custom, no-obligation cleaning quote?<br><br>Have a great day!<br><br>Brian Foster<br>Franchise Owner<br>Commercial Cleanrs Louisville<br>brian@cleaning-louisville.com<br><br>"They did an excellent job on our project. The equipment was impressive and effective, and scheduling was easy." - Lori Riddle Eberenz |
| 320 | 5/23/2024 10:34 AM | Improved cleaning quo | brian@cleaning-louisville.com | Respond with stop to optout. |
| 319 | 5/23/2024 10:31 AM | Racoon | maggielinker@gmail.com | Need removal |
| 318 | 5/23/2024 1:32 AM | Cat in ceiling or attic | pimedia03@gmail.com | Can you please go by my rental property and see if you can get cat out of ceiling, wall or attic?  Margie we are long time customers and we are both out of town.  Hope you are doing well.  Erin's number is 502-640-4443 and I think she left message. |
| 317 | 5/21/2024 3:56 PM | Snake removal | tcox@loufiresafety.com | we have what we think is a ratsnake in the back yard living in the limestone retaining wall |

| | | | | |
|---|---|---|---|---|
| 316 | 5/20/2024 2:38 PM | Animal, possibly bird, | g.dove@twc.com | Hello, I believe I may have a bird in my chimney and would like to have it removed. I've not seen any evidence yet, but have been hearing noise for the past few days.<br><br>Thank you! |
| 315 | 5/20/2024 1:55 PM | BIRD REMOVAL FROM | tjalex02@att.net | I NEED BIRD REMOVED FROM STATIC VENT ON SIDE OF THE HOUSE. |
| 314 | 5/20/2024 9:46 AM | Birds in office attic | brian.j.easley@gmail.com | Need removal and remediation of birds in office attic. Nonstop chirping above offices. Access panel in middle of building right to where birds and hole must be. Thanks. |
| 313 | 5/16/2024 12:37 PM | Groundhog removal | bibbjenny17@gmail.com | We have (I think) 2 Groundhogs on our property. One is underneath our shed and the other is underneath our crawl space. We have tried to cage them, but have not had any success.<br>Thank you! |
| 312 | 5/14/2024 12:24 PM | Bird Removal | holbrook.alex@gmail.com | We have birds nesting in our roof above the gutter. We are thinking they may have gotten into the attic but cannot tell. They have damaged our wood. We are hoping to get a quote for the removal of the nest and potential repair. |
| 311 | 5/14/2024 8:40 AM | Mole in yard | maria.spaulding56@gmail.com | Hi, my neighbor referred me, we have a mole(s) in the yard and would like to treat. Thanks |
| 310 | 5/13/2024 3:19 PM | Birds in exhaust vent , | dancingdeb49@gmail.com | Call soon please |
| 309 | 5/13/2024 9:56 AM | Moles | Princess5309@att.net | Need to get rid of moles |
| 308 | 5/11/2024 7:52 AM | Raccoon in our attic h | hiva.golparvar@gmail.com | The removes them from our attic |
| 307 | 5/9/2024 6:43 PM | Opossum mother and | Polaris9090@gmail.com | We need to know how much you charge to remove a nest of baby and mother oposums |
| 306 | 5/5/2024 10:10 PM | Bird Removal Quote | claytonnevill1@gmail.com | Removal of birds in attic |
| 305 | 5/5/2024 3:44 PM | Animal removal | tmarr42@gmail.com | Remove squirrels, raccoons, and maybe bats |
| 304 | 5/5/2024 2:34 PM | Moles are back along | lhedgspe@twc.com | Get the mole out |
| 303 | 5/4/2024 9:59 PM | Possum Removal | evspencewv@icloud.com | Recently found a possum in my backyard, and possibly another under my shed in my yard. It's restricting my dog from being able to use the backyard. Would love it to have it/them be removed as soon as possible. |

| 302 | 5/1/2024 11:48 AM | Birds have gotten it, an | reshot337@twc.com | Your phone is not working. I'd like birds gone and reaplr made. |
|---|---|---|---|---|
| 301 | 4/29/2024 12:26 PM | making an appointmer | m0yu0001@louisville.edu | Dear Manager,<br><br>I contact with you is about making an appointment to treat animals on the roof of our house.<br>Our house is at 10113 springhurst gardens cir, Louisville, KY 40241. I also called you at noontime and left a message. Please email or call me for this appointment.<br>Thanks,<br><br>Ming Yu<br>Phone: (502) 592-4106<br>Email: m0yu0001@louisville.edu |
| 300 | 4/26/2024 5:03 PM | Squirrel removal | r.depass.jr@gmail.com | Squirrels in attic |
| 299 | 4/26/2024 1:04 PM | squirrel in attic | krisiesaylor@gmail.com | remove squirrel from attic |
| 298 | 4/25/2024 10:57 AM | MAMA RACOON AND I | STELNLEW@BELLSOUTH.NET | HOW MUCH DOES IT COST TO REMOVE A MAMA RACOON AND BABIES IN OUR CELLAR - WE HAVE ACCESS OUTSIDE WITH BIG DOORS AND YOU CAN WALK IN - WE HEAR THEM UNDER THE FLOOR JOIST AND THE DOGS ARE GOING CRAZY |
| 297 | 4/24/2024 4:30 PM | possible groundhog sp | haaronetta@gmail.com | what service do you provide |
| 296 | 4/24/2024 2:28 PM | possum under deck | jh2424@twc.com | removal and prevention |
| 295 | 4/23/2024 11:43 PM | Possum | talishah22@gmail.com | I have a possum living in my backyard. |
| 294 | 4/23/2024 7:34 AM | Squirrel Removal | boomingcj@gmail.com | Remove Squirrel. Have torn off a piece of Leaf Filter & moved into gutter. Chewing on wood fascia. |
| 293 | 4/22/2024 6:30 AM | Squirrel possible racc | gcloud44@icloud.com | We have a squirrel or possibly a raccoon in the attic space |

| | | | | |
|---|---|---|---|---|
| 292 | 4/17/2024 7:32 AM | Copperhead snake | barbara.deferraro@gmail.com | The issue is at my parents home. They live in a wooded area. There is a strong cucumber smell on their screened in porch, thus we suspect there is a copperhead snake that has taken up residence somewhere in the screened in porch area or under the crawl space adjacent to the porch. A friend of mine said he went to HS with the person that owns Animal Ridders and suggested I reach out to you. I look forward to speaking with someone this morning. Thank you, Barbara |
| 291 | 4/16/2024 7:32 AM | Squirrels | kivalaura13w@gmail.com | We have some squirrels either in the attic or built a nest in the gutters |
| 290 | 4/14/2024 1:15 PM | Something has cut two | Krdavi02@aol.com | Remove critters |
| 289 | 4/12/2024 11:56 AM | Wildlife in attic at offic | contact@drutherssystems.com | Hearing birds in our attic at the office, would like to request removal of whatever birds and other animals are up there and remediation of whatever hole or holes they're coming in though. Thanks. |
| 288 | 4/11/2024 8:32 PM | Critter in attic | juliebenning1027@gmail.com | We have what may be a raccoon in the attic. |
| 287 | 4/9/2024 12:30 PM | Racoons living in upst | ebow64@gmail.com | Please provide an estimate for removal.  There maybe as many as 3 or 4 but not sure.<br>Thx<br>EGBowles |
| 286 | 4/7/2024 10:07 AM | Racoon in the attic | sbusch419@gmail.com | Remove the racoon |
| 285 | 4/3/2024 8:56 AM | Pending invoice #9478 | sheila.lorenzodelpeso@ferrero | I noticed that we have an invoice #9478 still pending with your company. Job was performed on 9/2/2022 but I didn't received the invoice until 2023, by that time company changed to Ferrero instead of Ferrara, we have sent multiple emails trying to get you setup in the system for payment but I never got a response. Please email me back to continue with the process. |
| 284 | 4/1/2024 4:48 AM | | ruslanrodriguez7@gmail.com | Quiero trabajar. Habro español cuales don sus reguisito |

| | | | | |
|---|---|---|---|---|
| | | | | Wikipedia is considered to be the World's most significant tool for reference material. The Wiki links show up on the 1st page of Google 97% of the time. With a Page on one of the most revered reference tools, you are sure to get yourself or your business noticed. So if you're thinking of getting a Wikipedia Page created, it's the best time of the year.<br><br>If you are interested in getting more information just respond back to this email.<br><br>Thanks,<br><br>Kim Paterson<br>Wiki Mastery<br>kim@wikiimastery.com |
| 283 | 3/27/2024 5:17 AM | Get A Wikipedia Page | kim@wikiimastery.com | Respond with stop to optout. |
| 282 | 3/22/2024 4:33 PM | Mole Problem | cherylju05@att.net | I noticed a mole run in the backyard today. Can you place traps? Thanks. |
| 281 | 3/19/2024 4:59 PM | Holes in back yard | jacobnorris28@yahoo.com | We have holes all over the backyard and I don't want our dog falling in and breaking her leg when playing out there. Can you remove the animals and fix the holes? |
| 280 | 3/18/2024 7:15 AM | animal in chimney | gailmm1958@gmail.com | Some kind of animal / bird keeps going into my chimney. It sounds like it's clawing at the bricks. the Sound will stop after a few hours, so I think it's going in and out of the chimney. I'd like to get a quote on the removal so it doesn't cause damage. |
| 279 | 3/15/2024 9:21 PM | Animals in the attic | meyerbecky09@gmail.com | We need to remove the animals (suspect raccoons) and block the entrance where they came in. |

| | | | | |
|---|---|---|---|---|
| | | | | May I offer you a professional janitorial or disinfection quote for your business?<br><br>Just send me a quick reply and I'd be happy to schedule a site visit and give you a complimentary, no-obligation quote.<br><br>I appreciate your time,<br><br>Brian Foster<br>Franchise Owner<br>Commercial Cleanrs Louisville<br>brian@cleaning-louisville.com<br><br>"They did an excellent job on our project. The equipment was impressive and effective, and scheduling was easy." - Lori Riddle Eberenz |
| 278 | 3/15/2024 4:24 PM | Cleaning service and d | brian@cleaning-louisville.com | Respond with stop to optout. |
| 277 | 3/14/2024 11:28 AM | Animal removal | stephanie.shaw@gmail.com | I believe there is an animal in my wall. I think it's likely a squirrel or chipmunk. It was scratching pretty loud the past two nights. Can you help me remove it? |
| 276 | 3/14/2024 9:26 AM | Squirrels | mackstiles@gmail.com | We have squirrels in our attic; there's a hole they're probably going through above our front door. |
| 275 | 3/10/2024 8:24 PM | Critter ridders | Gratot55@twc.com | Need an estimate on critter removal/ and or prevention |
| 274 | 3/10/2024 3:58 PM | Possible skunk proble | tomlynn83@gmail.com | Need to get rid of pest that is digging under my house |
| 273 | 3/4/2024 4:45 PM | | russellmmayes@gmail.com | We have an issue with snakes that keep appearing around the same spot, I wanted to have you come out and assess the situation and determine if there was a nest and remove any snakes. |