AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-00342-DJH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Beau Gast, Registered Agent - Animal Ridders, LLC

was received by me on *(date)*   June 20, 2025   .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    See attached Affidavit of Service


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date:   06/25/2025          *s/ Amy B. Berge*
                            _____
                            *Server's signature*

                            Amy B. Berge, Attorney
                            _____
                            *Printed name and title*

                            Gray Ice Higdon, PLLC
                            3939 Shelbyville Road, Suite 201
                            Louisville, KY  40202
                            _____
                            *Server's address*


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

**ANIMAL RIDDERS OF LOUISVILLE, INC. aka ANIMAL RIDDERS, INC.**

*Plaintiff*

v.

**BEAU GAST, RA; ANIMAL RIDDERS, LLC**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:25-cv-342-RGJ

## AFFIDAVIT OF SERVICE

I, Larry McWhorter, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Animal Ridders, LLC in Jefferson County, KY on June 20, 2025 at 11:36 am at 6006 Crockett Dr, Louisville, KY 40258 by leaving the following documents with Beau Gast who as Registered Agent is authorized by appointment or by law to receive service of process for Animal Ridders, LLC.

Verified Complaint
Exhibit
Exhibit 2
Exhibit: 3
Document 1-4
Exhibit
Affidavit Of Greg Freibert
Affidavit
Exhibit 8
Cease And Desist
Summons In A Civil Action -Animal Ridders, LLC
Instructions For Attorneys Completing Civil Cover Sheet Form Js 44
Summons In A Civil Action -Animal Ridders, LLC
Summons In A Civil Action - Beau Gast

Proposed Preliminary Injuction
Plaintiffs Memorandum of Law in Support of its Motion for Preliminary Injunction
Plaintiffs Motion for Preliminary Injuncton
Plaintiffs Memorandum of Law in Support of its Motion for Preliminary Injunction
Proposed Preliminary Injuction
Plaintiffs Memorandum of Law in Support of its Motion for Preliminary Injunction

White Male, est. age 35-44, glasses: Y, Brown hair, 240 lbs to 260 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=38.1475249678,-85.5697244718
Photograph: See Exhibit 1


Total Cost: $240.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF
AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_____Jefferson County_____,

___KY____ on ___6/20/2025_____.

/s/ *Larry McWhorter*
_____
Signature
Larry McWhorter
+1 (502) 658-0543

Exhibit 1a)

