AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-00342-DJH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Beau Gast

was received by me on *(date)*    June 13, 2025        .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*      See attached Affidavit of Service

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00      .

I declare under penalty of perjury that this information is true.

Date:  06/25/2025                        *s/ Amy B. Berge*
                                          *Server's signature*

                                    Amy B. Berge, Attorney
                                       *Printed name and title*

                                    Gray Ice Higdon, PLLC
                                    3939 Shelbyville Road, Suite 201
                                    Louisville, KY  40202
                                       *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Western District of Kentucky

**ANIMAL RIDDERS OF LOUISVILLE, INC. aka ANIMAL RIDDERS, INC.** )
)
)
)
*Plaintiff* )
)
v. )   Civil Action No. 3:25-cv-00342-RGJ
)
)
**Beau Gast & ANIMAL RIDDERS, LLC** )
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, Larry McWhorter, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Beau Gast in Jefferson County, KY on June 12, 2025 at 6:52 pm at 6006 Crockett Dr., Louisville, KY 40258 by personal service by handing the following documents to an individual identified as Beau Gast.

Complaint with Exhibits
Civil Cover Sheet
Issued Summons to Animal Ridders, LLC
Issued Summons to Gast

White Male, est. age Unknown, glasses: Y, Brown hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=38.167955575,-85.8732972189
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Jefferson County_                                      ,

___KY___ on ___6/13/2025___          .

/s/ *Larry McWhorter*
_____
Signature
Larry McWhorter
+1 (502) 658-0543



Exhibit 1a)