UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE,
INC.,                                                                                    Plaintiff,

v.                                                                Civil Action No. 3:25-cv-342-DJH

BEAU GAST and ANIMAL RIDDERS,
LLC,                                                                                Defendants.

* * * * *

## ORDER

Plaintiff Animal Ridders of Louisville, Inc. filed this action on June 9, 2025, asserting federal claims under the Lanham Act and state-law claims under Kentucky law for trademark infringement, tortious interference, and unfair competition.  (Docket No. 1)  The same day, Plaintiff moved for a preliminary injunction.  (*See* D.N. 5)  Plaintiff now moves for a temporary restraining order, citing "additional wrongful conduct by the Defendants," including a misleading sponsored Google ad containing "Plaintiff's name, website, and phone number" that is misdirecting calls to Defendants.  (D.N. 8, PageID.116)  Although Plaintiff requests a temporary restraining order, the motion does not include the attorney certification required under Federal Rule of Civil Procedure 65(b)(1)(B) (*see generally id.*), nor was any such certification filed with the complaint or separately in the record.  (*See generally* D.N. 1; D.N. 5; D.N. 8)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), Plaintiff's Motion for a Temporary Restraining Order (D.N. 8) is **DENIED.**

1

(2)    Plaintiff's Motion for a Preliminary Injunction (D.N. 5) is **DENIED** to the extent that Plaintiff seeks the immediate entry of a preliminary injunction.  The motion is **GRANTED** with regards to the request for a preliminary injunction hearing.  (*See* D.N. 8, PageID.122)

(3)    This matter is **SET** for a preliminary injunction hearing on **Wednesday, July 9, 2025, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(4)    Pursuant to 28 U.S.C. § 636(b)(1)(A), this matter is **REFERRED** to U.S. Magistrate Judge Colin H. Lindsay for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. Judge Lindsay is further authorized to conduct a settlement conference in this matter at any time.

June 26, 2025

**David J. Hale, Judge**
**United States District Court**

2