UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE,
INC.,                                                                                          Plaintiff,

v.

BEAU GAST and ANIMAL RIDDERS,
LLC,                                                                                        Defendants.

\* \* \* \* \*

### PRELIMINARY INJUNCTION AND ORDER

This matter is before the Court upon motion of Plaintiff Animal Ridders of Louisville, Inc., for injunctive relief pursuant to Fed. R. Civ. P. 65. The Court held a preliminary injunction hearing on July 9, 2025 (Docket No. 17), and now finds as follows:

(1)      The affidavits, arguments, witness testimony, and exhibits received during the preliminary injunction hearing (*see* D.N. 16; *see also* D.N. 17) demonstrate Plaintiff's likelihood of success on the merits;

(2)      Plaintiff is likely to suffer irreparable and immediate harm if a Preliminary Injunction is not entered in this action;

(3)      The balance of equities and hardships favors the Plaintiff; and

(4)      Issuance of a preliminary injunction will serve the public interest.

Accordingly, based on these preliminary findings, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** and a Preliminary Injunction is hereby **ISSUED** as follows:

1

Defendants Beau Gast and Animal Ridders, LLC are **HEREBY ENJOINED** from:

- Using ANIMAL RIDDERS whether as a trademark, service mark, trade or company name, business name, domain name, username, email address, social media handle, or any other public designation; and

- Interfering with Plaintiff's customers and potential customers through deceptive marketing and use of ANIMAL RIDDERS.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall shut down the website https://louisvilleanimalridders.com/ and renounce the domain name within **three (3) business days** of the entry of this Preliminary Injunction and Order.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall post security in the amount of **$500 within three (3) business days** of the entry of this Preliminary Injunction and Order, which the Court determines is sufficient under Rule 65(c).

The Clerk of Court is **DIRECTED** to forward this Preliminary Injunction and Order to Defendants' address at 6006 Crockett Dr., Louisville, KY, 40258, and beaugast@gmail.com. (*See* D.N. 10, PageID.184; *see also* D.N. 16)

The Court **REQUESTS** that U.S. Magistrate Judge Colin H. Lindsay schedule a status conference to set a litigation schedule.

July 11, 2025

David J. Hale, Judge
United States District Court

2