# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| ANIMAL RIDDERS OF LOUISVILLE, INC. aka ANIMAL RIDDERS, INC. | ) ) ) | |
| Plaintiff | ) ) | Civil Action No.: 3:25-cv-342-DJH-CHL Judge David J. Hale |
| vs. | ) ) | |
| BEAU GAST -and- ANIMAL RIDDERS, LLC | ) ) ) ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Animal Ridders of Louisville, Inc. aka Animal Ridders, Inc. ("Plaintiff"), by counsel, pursuant to Fed. R. Civ. P. 56, moves the Court to enter Summary Judgment on all of Plaintiff's claims against Defendants Beau Gast ("Gast") and Animal Ridders, LLC (collectively "Defendants").

As grounds for this Motion, Plaintiff states that there are no genuine disputes of material fact, as Defendants have admitted all substantive facts in dispute in this action. A memorandum of law and fact in support as well as a proposed order is filed herewith.

Respectfully submitted,

 *s/ Amy B. Berge*
Amy B. Berge
M. Katherine Ison
Jennifer M. Barbour
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
(502) 677-4729
aberge@grayice.com
kison@grayice.com
jbarbour@grayice.com
***Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this ___**10**<sup>th</sup>___ day of February, 2026, e-filed the foregoing in accordance with the rules of Electronic Court Filing (ECF) in effect for the Western District of Kentucky, Louisville Division and a copy of same is being served via the US Postal Service on the following:

Beau Gast
6006 Crockett Drive
Louisville, KY  40258
*Defendant*

Animal Ridders, LLC
Beau Gast, Registered Agent
6006 Crockett Drive
Louisville, KY  40258
*Defendant*

*s/ Amy B. Berge*
*Counsel for Plaintiff*