**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | | |
|---|---|---|
| ANIMAL RIDDERS OF LOUISVILLE, INC. aka ANIMAL RIDDERS, INC. | ) ) ) | |
| Plaintiff | ) ) | Civil Action No.: 3:25-cv-342-DJH-CHL Judge David J. Hale |
| vs. | ) ) | |
| BEAU GAST -and- ANIMAL RIDDERS, LLC | ) ) ) ) | |
| Defendants | ) | |

### [PROPOSED] ORDER

Upon Motion of Plaintiff, Animal Ridders of Louisville, Inc. aka Animal Ridders, Inc.

("Plaintiff"), by counsel, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED,** and Summary

Judgment is entered in Plaintiff's favor as to all of Plaintiff's claims.

**IT IS HEREBY FURTHER ORDERED** that Defendants Beau Gast and Animal Ridders,

LLC (collectively "Defendants"), their agents, attorneys, and all other persons in active concert or

participation with them or any of them, who receive actual notice of this order by personal service

or otherwise, are permanently restrained from:

a.  Using, ANIMAL RIDDERS, RIDDERS, or similar words whether as a trademark, service mark, trade or company name, domain name, user name, email address, social media handle, in marketing and advertising, answering the phone, or any other public designation;

b.  Interfering with Plaintiff's customers and potential customers through marketing and use of ANIMAL RIDDERS;

c.  Making representations that it is associated with or is a successor or assignee of Plaintiff or Plaintiff's principal, Margaret ("Margie") Darling;

d.  Marketing itself with online, including without limitation through Yelp® or Google® as ANIMAL RIDDERS;

e.     Interfering with Plaintiff's online postings and advertising;

f.     Diverting website traffic, phone calls, or other online contact of customers seeking to reach Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff's request to waive bond is GRANTED in that

Defendants are not enjoined from continued to provide services under names other than ANIMAL

RIDDERS or names precluded by this Order, and

Issued this _____day of _____, 2026 at __:___, _.m.

Tendered by:

 *s/ Amy B. Berge*
Amy B. Berge
M. Katherine Ison
Jennifer M. Barbour
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
(502) 677-4729
aberge@grayice.com
kison@grayice.com
jbarbour@grayice.com
*Counsel for Plaintiff*

2