UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                      Plaintiff,

v.                                                    Civil Action No. 3:25-cv-342-DJH-CHL

BEAU GAST and ANIMAL RIDDERS, LLC,                                     Defendants.

* * * * *

## ORDER

The Court previously issued a preliminary injunction and order against Defendants Beau Gast and Animal Ridders, LLC. (Docket No. 18)  The Court ordered the defendants to shut down the website https://louisvilleanimalridders.com within three business days of entry of the preliminary injunction. (*Id.*, PageID.233)  The Court also enjoined the defendants from using ANIMAL RIDDERS as a trademark, service mark, trade or company name, business name, domain name, username, email address, social media handle, or any other public designation. (*Id.*) Plaintiff Animal Ridders of Louisville, Inc. moves to hold the defendants in contempt for failing to comply with the preliminary injunction. (D.N. 21)  According to the plaintiff's motion and supporting exhibits, the defendants failed to remove ANIMAL RIDDERS from their website, shut down the website, and stop using ANIMAL RIDDERS as a public designation. (*See id.*, PageID.241–42; *see also* D.N. 21-2; D.N. 21-3)  The plaintiff now also moves for summary judgment against Defendants.  (D.N. 29)  Defendants did not respond to either motion. Accordingly, it is hereby

**ORDERED** as follows:

(1)     This matter is **SET** for a hearing on the motion for contempt (D.N. 21) and motion for summary judgment (D.N. 29) on **May 5, 2026, at 10:00 a.m.** at the U.S. Courthouse in

1

Louisville, Kentucky.  Defendants **SHALL** attend the hearing and be prepared to **SHOW CAUSE** why the Court should not impose sanctions for their failure to comply with the Court's preliminary injunction.

(2)    The U.S. Marshals Service is **DIRECTED** to serve this Order and the preliminary injunction (D.N. 18) to Defendants at 6006 Crockett Dr., Louisville, KY, 40258, and 10005 Bunsen Way #205, Louisville, KY, 40299.[1]  The Clerk of Court is **DIRECTED** to forward this Order and the preliminary injunction by email to beaugast@gmail.com.

(3)    The motion to hold Defendants in contempt (D.N. 21) and motion for summary judgment (D.N. 29) are **ADMINISTRATIVELY REMANDED** pending the May 5 hearing.

March 13, 2026

**David J. Hale, Chief Judge**
**United States District Court**

cc: U.S. Marshals Service

---

[1] Although some of the plaintiff's filings list the address as 1005 Bunsen Way (*see, e.g.*, D.N. 29-2, PageID.369), the Kentucky Secretary of State's website lists the address as 10005 Bunsen Way. (*See* D.N. 29-4, PageID.389)  The Court will use the address as listed by the Kentucky Secretary of State.