UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                    Plaintiff,

v.                                                    Civil Action No. 3:25-cv-342-DJH-CHL

BEAU GAST and ANIMAL RIDDERS, LLC,                                    Defendants.

\* \* \* \* \*

## ORDER

On March 13, 2026, the Court set a hearing for May 5, 2026, in this matter on Plaintiff Animal Ridders of Louisville, Inc.'s motion for contempt (Docket No. 21) and motion for summary judgment (D.N. 29) against Defendants Beau Gast and Animal Ridders, LLC. (D.N. 30) The Court ordered the defendants to attend the hearing and be prepared to show cause why the Court should not impose sanctions for their failure to comply with the Court's July 11, 2025 Preliminary Injunction and Order (D.N. 18). (D.N. 30, PageID.408) The Court also directed the U.S. Marshals Service to serve the March 13, 2026 Order and the preliminary injunction to the defendants at 10005 Bunsen Way #205, Louisville, KY, 40299, and 6006 Crockett Drive, Louisville, KY, 40258. (*Id.*) The service was returned unexecuted as to both addresses. (D.N. 32) The Process Receipt and Return states that the first address "does not exi[s]t" (*id.*, PageID.413) and that "Beau Gast does not live at [the second] address." (*Id.*, PageID.414) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that within **ten (10) days** of entry of this Order, Plaintiff Animal Ridders of Louisville, Inc. shall provide any updated address information as to Defendants Beau Gast and Animal Ridders, LLC to effect service of the March 13, 2026 Order (D.N. 30) and the July 11, 2025 Preliminary Injunction and Order (D.N. 18) on the defendants.

April 2, 2026

David J. Hale, Chief Judge
United States District Court

1