**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

ANIMAL RIDDERS OF LOUISVILLE, INC.    )
aka ANIMAL RIDDERS, INC.              )
                                      )
                      **Plaintiff**   )    Civil Action No.: 3:25-cv-342-DJH
                                      )    Judge David J. Hale
vs.                                   )
                                      )
BEAU GAST                             )
                                      )
-and-                                 )
                                      )
ANIMAL RIDDERS, LLC                   )
                                      )
                      **Defendants**  )

### NOTICE OF FILING OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff Animal Ridders of Louisville, Inc. a/k/a Animal Ridders, Inc, by and through counsel, hereby responds to the Court's Order of April, 2, 2026 [DN 33], requesting additional information regarding the location of Defendants' Beau Gast and Animal Ridders, LLC. Although public records, including but not limited to those of the Kentucky Secretary of State continue to identify 6006 Crocket Drive and 1005 Bunsen Way to be current addresses for Mr. Gast and his various businesses, including Defendant Animal Ridders, LLC, Plaintiff believes Mr. Gast may reside at 5806 Crockett Drive, Louisville, Kentucky. In support of this information, Plaintiff submits the Declaration of counsel for Plaintiff, Amy B. Berge.

Respectfully submitted,

 s/ Amy B. Berge
Amy B. Berge
Jennifer M. Barbour
M. Katherine Ison
**GRAY ICE HIGDON, PLLC**
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
(502) 677-4729
aberge@grayice.com
jbarbour@grayice.com
kison@grayice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this __*10th*__ day of April, 2026, e-filed the foregoing in accordance with the rules of Electronic Court Filing (ECF) in effect for the Western District of Kentucky, Louisville Division and a copy of same was served via electronic mail on the following:

Beau Gast
5806 Crockett Dr.
Louisville, KY  40258
*Defendant/Agent of Defendant Animal Ridders, LLC*

Beau Gast
6006 Crockett Dr.
Louisville, KY  40258
beaugast@gmail.com
beau@louisvilleanimalridders.com
*Defendant/Agent of Defendant Animal Ridders, LLC*

Beau Gast
1005 Bunsen Way #205
Louisville, KY 40299
*Defendant/Agent of Defendant Animal Ridders, LLC*

 s/ Amy B. Berge
*Counsel for Plaintiff*