**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | | |
|---|---|---|
| ANIMAL RIDDERS OF LOUISVILLE, INC. | ) | |
| aka ANIMAL RIDDERS, INC. | ) | |
| | ) | |
| **Plaintiff** ) | | Civil Action No.: 3:25-cv-342-DJH |
| | ) | Judge David J. Hale |
| vs. | ) | |
| | ) | |
| BEAU GAST | ) | |
| | ) | |
| -and- | ) | |
| | ) | |
| ANIMAL RIDDERS, LLC | ) | |
| | ) | |
| **Defendants** ) | | |

**<u>DECLARATION OF AMY B. BERGE</u>**

I, Amy B. Berge, do hereby declare and state as follows:

1. I am counsel of record for Plaintiff in the above styled action.  I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been informed and believe that Mr. Riddle may reside with Ms. Brandi Riddle at 5806 Crockett Drive, Louisville, Kentucky, 40258.

3. A public records search through Westlaw identifies 5806 Crockett Drive, Louisville, Kentucky, 40258  as an additional address associated with Mr. Gast,  his businesses, and Ms. Brandi Riddle. The search also reveals an association between Mr. Gast and Ms. Brandi Riddle.  Excerpts from this research are attached as **<u>Exhibit A</u>**.

4. A search of the Jefferson County public records identifies the owner of 5806 Crocket Drive as Steven A. and Regina A. Riddle, husband and wife. Deed to property attached as **Exhibit B**.

5. An internet search reveals the obituary for Steven A. Riddle of Louisville, Kentucky, deceased January 11, 2025, referring to his surviving wife Regina Riddle and his daughter "Brandi (Beau)". Obituary attached as **Exhibit C**.

6. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on April 10, 2026.


/s *Amy B. Berge*
Amy B. Berge