# EXHIBIT A

| | |
|---|---|
| Possible People Information | 2 |
| Person Overview | 2 |
| Date of Birth Summary | 2 |
| SSN Summary | 2 |
| Name Variations | 2 |
| Addresses | 3 |
| Email Addresses | 4 |
| Political Donors | 4 |
| Phone Numbers | 4 |
| Possible Asset Information | 5 |
| Real Property Transactions | 5 |
| Motor Vehicle Service & Warranty Records | 5 |
| Possible Adverse Information | 5 |
| Risk Flags Analysis | 5 |
| Criminal & Infraction Records | 40 |
| Lawsuit Records | 40 |
| Dockets | 40 |
| UCC Records | 40 |
| Possible Business & Employment | 40 |
| Professional Licenses | 40 |
| Healthcare Licenses | 41 |
| Corporate Records & Business Registrations | 41 |
| DMI | 43 |
| Business Profile | 44 |
| Full-Text Documents | 44 |
| All Full-Text Documents | 44 |
| Associate Analytics | 126 |
| Associate Analytics Chart | 127 |
| Possible Relatives & Household Members | 128 |
| Household Records | 128 |
| Relatives Analysis | 130 |
| Other Address Associations | 133 |
| Possible Neighbors | 135 |
| Neighbors of Current & Previous Addresses | 135 |
| Possible Named Parties | 153 |
| People Associations | 153 |
| Business Associations | 153 |
| No Documents Found | 153 |
| No Documents Were Found In These Sources | 154 |
| Permissible Uses and FCRA Disclaimer | 154 |
| Permissible Uses | 154 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

| | |
|---|---|
| **BEAU GAST** | |
| 5806 CROCKETT DR | |
| LOUISVILLE, KY 40258-3116 \| JEFFERSON County | |
| **Phone Number(s):** | |
| ▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮ | |
| ▮▮▮▮▮▮ | |
| **SSN:** | |
| ▮▮▮▮▮▮▮▮▮▮ | |
| **DOB:** | |
| ▮▮▮▮▮▮ | |
| **Entity ID:** | |
| ▮▮▮▮ | |



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



### Addresses

| Address |
| --- |
| **5806 CROCKETT DR, LOUISVILLE, KY 40258-3116 \| JEFFERSON County** |

*Reported 01/06/2021 - 11/01/2023*

By Phone Records 11/01/2023 - 11/01/2023          Phone Records

By People Find 01/06/2021 - 01/06/2021          People Find

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report - DJH-CHL

BEAU GAST

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.     4

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

PetalsMar Report (003/12)
BEAU GAST

Client ID:CONFLICT CHECKS



PetalsMar Report (003/12)
BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PerkinsReport 00342-DJH-CHL
BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PEOPLE-Report (Person)
BEAU GAST

Client ID:CONFLICT CHECKS

PEOPLE-Report (Person)
BEAU GAST

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PEOPLE REPORT (00342-DJH-CHL)
BEAU GAST
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

POSTExM3p25-pvt003421DJH-CHL
BEAU GAST

Client ID:CONFLICT CHECKS

BEAU GAST

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                    9

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    10

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    12

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                    Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                                    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                                    18

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    19

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    20

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                                  Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                              21

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                22

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

POST-MARTIN v. HARMON

BEAU GAST                                                                                    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                           Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    28

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    29

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    30

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    32

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PLEASE FURNISH ORDER
BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PO as Map Report 09342 H    BEAU GAST    Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    36

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 39 of 155 PageID #: 458

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    38

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                Client ID:CONFLICT CHECKS

BEAU GAST                                                                Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS



Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    41

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                                           43

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

BEAU GAST                                                                        Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                 Client ID:CONFLICT CHECKS



BEAU GAST                                                                 Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                    45
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS



Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.



**People Finder - Historic Tracker Record**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/28/2026 |
| **Database Last Updated:** | 03/10/2026 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 04/07/2026 |
| **Source:** | TRANS UNION |

## Last Known Address Information

| | |
|---|---|
| **Current Address:** | 5806 CROCKETT DR LOUISVILLE, KY 40258-3116 |
| **Phone Number 1:** | 504-717-4848 |
| **Phone Number 2:** | 985-796-8426 |
| **Address First Reported:** | 01/06/2021 |

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    49

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PORTMATION Report of Deborah

BEAU GAST                                                                          Client ID:CONFLICT CHECKS

PORTMATION Report of Deborah

BEAU GAST                                                                          Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 52 of 155 PageID
#: 471

PEOPLE MAP Report re:
BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

BEAU GAST                                                                          Client ID:CONFLICT CHECKS



Thomson Reuters. No claim to original U.S. Government Works.                                53

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.



**Person Phone Record**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/15/2026 |
| **Database Last Updated:** | 04/01/2026 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 04/07/2026 |
| **Source:** | 0 |

## Address Information

| | |
|---|---|
| **Address:** | 5806 CROCKETT DR LOUISVILLE, KY 40258-3116 |
| **County:** | JEFFERSON |
| **Address Type:** | STREET OR RESIDENTIAL ADDRESS |
| **Mail Deliverable:** | YES |
| **Address Validation Date:** | 11/01/2023 |

## Phone Information

| | |
|---|---|
| **Phone Number:** | 502-552-5902 |
| **Phone Type:** | WIRELESS |
| **Record Type:** | RESIDENTIAL |
| **First Reported:** | 06/13/2025 |
| **Last Reported:** | 01/13/2026 |
| **Original Service Provider:** | T-MOBILE USA, INC. |
| **Name:** | BEAU GAST |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Telephone Confidence Description: | PRIVATE NUMBER VALIDATED WITHIN PAST 12-18 MONTHS |
|---|---|

**End of Document**

© 2026 Thomson Reuters. No claim to original U.S. Government Works.

Thomson Reuters. No claim to original U.S. Government Works.                55

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

BEAU GAST

Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 60 of 155 PageID #: 479

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

To Summary

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 64 of 155 PageID #: 483

BEAU GAST   Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



## Healthcare Licenses  (1)

To Summary

| Healthcare Provider License Record |
|:---:|

### Source Information

| | |
|---|---|
| **Information Current Through:** | 04/06/2026 |
| **Database Last Updated:** | 04/06/2026 |
| **Update Frequency:** | DAILY |
| **Current Date:** | 04/07/2026 |
| **Source:** | KENTUCKY BOARD OF PHARMACY |

### Reporting Authority Information

| | |
|---|---|
| **Publication:** | KENTUCKY BOARD OF PHARMACY - PHARMACY SERVICE PROVIDERS LICENSE ROSTER |
| **Authority:** | KENTUCKY BOARD OF PHARMACY |
| **State:** | KY |

### Provider Information:

| | |
|---|---|
| **Name:** | BEAU GAST |
| **Entity Type:** | INDIVIDUAL |
| **Address:** | 5806 CROCKETT DR LOUISVILLE, KY 40258 |
| **Last Reported:** | 03/09/2020 |

### License Information

| | |
|---|---|
| **License Number:** | PT00354151 |
| **License State:** | KY |
| **License First Issue Date:** | 12/27/2018 |
| **License Expiration Date:** | 03/31/2020 |

**End of Document**                    © 2026 Thomson Reuters. No claim to original U.S. Government Works.

Thomson Reuters. No claim to original U.S. Government Works.                    66

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                      Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                                      69

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 72 of 155 PageID
#: 491

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.    72

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works. 73

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 75 of 155 PageID #: 494

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.   75

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.    77

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    78

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS



BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 82 of 155 PageID #: 501

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                                    Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST                                                          Client ID:CONFLICT CHECKS

BEAU GAST                                                          Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                    85
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST    Client ID:CONFLICT CHECKS

BEAU GAST    Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 89 of 155 PageID #: 508

BEAU GAST                                                                                        Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                          90

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.                        91
**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.**

BEAU GAST                                                                        Client ID:CONFLICT CHECKS

BEAU GAST                                                                        Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.    93

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PEOPLE MAP Report - Current

BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

BEAU GAST

Client ID:CONFLICT CHECKS



Thomson Reuters. No claim to original U.S. Government Works.

96

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 100 of 155 PageID #: 519

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 101 of 155
PageID #: 520



**Source Information**                    **Registered Agent Information**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 102 of 155
PageID #: 521

Client ID:CONFLICT CHECKS

04/02/2026 15:39:54

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 103 of 155
PageID #: 522                                04/07/2026 15:39:54

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 104 of 155
PageID #: 523

04/07/2026 15:39:54

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Gast, (Preview)
BEAU GAST

Case 3:25-cv-00342-DJH-CHL          Document 34-2          Filed 04/10/26          Page 105 of 155
                                             PageID #: 524

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 106 of 155
PageID #: 525

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 108 of 155
PageID #: 527

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.



People Case 3:25-v-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 109 of 155 39:54
BEAU GAST                                                    PageID #: 528                        Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People Court Report v. Brendon
BEAU GAST

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 110 of 155
PageID #: 529

04/10/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Premo, Not Reported (2006)

BEAU GAST

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 111 of 155
PageID #: 530

04/07/2026 15:39:54

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 113 of 155
PageID #: 532

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Client ID:CONFLICT CHECKS



Thomson Reuters. No claim to original U.S. Government Works.

114
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 116 of 155
PageID #: 535

01/07/2026 15:39:54

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 117 of 155
PageID #: 536
04/17/2025 15:39:54
Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 118 of 155
PageID #: 537    Client ID:CONFLICT CHECKS    04/08/2026 15:39:54

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 119 of 155
PageID #: 538

04/10/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Breuhan
BEAU GAST
Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 120 of 155
PageID #: 539
04/20/2026 15:39:54
Client ID:CONFLICT CHECKS

People v. Breuhan
BEAU GAST
Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 120 of 155
PageID #: 539
04/20/2026 15:39:54
Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    119
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00842-DJH-CHL    Document 34-2    Filed 04/10/26    Page 121 of 155
PageID #: 540

04/21/2026 15:39:54
Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 122 of 155
PageID #: 541

01/27/2025 15:39:54

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Gast (Preliminary)
BEAU GAST
04/23/2026 15:39:54
Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.    122

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 125 of 155
PageID #: 544

01/27/2026 15:39:54

Client ID:CONFLICT CHECKS



Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 125 of 155
PageID #: 544

01/27/2026 15:39:54

People Mae Report (Previous)

BEAU GAST

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

04/26/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 127 of 155
PageID #: 546

04/27/2016 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Gast (Preliminary...
BEAU GAST

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 128 of 155
PageID #: 547

04/28/2026 15:39:54
Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People State Reports (Prev Doc) Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 130 of 155    04/30/2026 15:39:54

BEAU GAST                                      PageID #: 549                              Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 131 of 155
PageID #: 550

04/31/2026 15:39:54
Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 133 of 155
PageID #: 552

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Prevost

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People Report (Premium)
BEAU GAST

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 135 of 155
PageID #: 554

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS

| SSN: | 406-04-XXXX - issued in KY in 1976 | DOB: | 07/1964 (Age: 61) |
|---|---|---|---|
| **Date Range** | **Address** | | **Phone** |
| Reported 01/01/2002 - 11/01/2023 | 5806 CROCKETT DR, LOUISVILLE, KY 40258-3116 | JEFFERSON County | | 502-448-8407 |
| Reported 04/29/2020 - 04/29/2020 | 1226 VERKLER DR, CLARKSVILLE, TN 37042-8428 | MONTGOMERY County | | 502-819-4483 |
| Reported 01/01/2014 - 06/30/2014 | 5906 CROCKETT DR, LOUISVILLE, KY 40258-3118 | JEFFERSON County | | N/A |
| Reported 07/19/2001 - 01/23/2003 | 3707 W WHEATMORE DR, LOUISVILLE, KY 40215-5435 | JEFFERSON County | | 366-4205 |
| Reported 11/01/1998 - 01/23/2003 | 4914 FEYS DR, LOUISVILLE, KY 40216-2338 | JEFFERSON County | | 366-4205 |
| Reported 11/13/2000 - 01/23/2003 | 5201 JOHNSONTOWN RD, LOUISVILLE, KY 40272-3419 | JEFFERSON County | | 366-4205 |
| Reported 05/01/1993 - 01/23/2003 | 6730 JOHNSONTOWN RD, LOUISVILLE, KY 40272-3628 | JEFFERSON County | | 366-4205 |
| Reported N/A | LOUISVILLE, KY 40299 | JEFFERSON County | | 502-407-8594 |

## STEVEN A RIDDLE

| SSN: | | DOB: | 06/XX/1960 (Age: 65) |
|---|---|---|---|
| **Date Range** | **Address** | | **Phone** |
| Reported 04/01/2002 - 05/01/2025 | 5806 CROCKETT DR, LOUISVILLE, KY 40258-3116 | JEFFERSON County | | N/A |

## REGINA A RIDDLE

| SSN: | | DOB: | 07/XX/1964 (Age: 61) |
|---|---|---|---|
| **Date Range** | **Address** | | **Phone** |
| Reported 04/01/2002 - 07/01/2025 | 5806 CROCKETT DR, LOUISVILLE, KY 40258-3116 | JEFFERSON County | | N/A |

## BRANDI RIDDLE

| SSN: | | DOB: | 07/1964 (Age: 61) |
|---|---|---|---|

Thomson Reuters. No claim to original U.S. Government Works.

134

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People Report (Premium)                                                    01/07/2025 15:39:54
BEAU GAST                                                        Client ID:CONFLICT CHECKS

| Date Range | Address | Phone |
|---|---|---|
| Reported 04/01/2002 - 05/01/2023 | 5806 CROCKETT DR, LOUISVILLE, KY 40258-3116 \| JEFFERSON County | N/A |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                      136

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.                    137
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.



Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 141 of 155
PageID #: 560

Client ID:CONFLICT CHECKS

04/11/2026 15:39:54

Thomson Reuters. No claim to original U.S. Government Works.

140

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 144 of 155
PageID #: 563



Thomson Reuters. No claim to original U.S. Government Works.
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Brooks
BEAU GAST

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 145 of 155
PageID #: 564

01/47/2026 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 146 of 155
PageID #: 565

01/07/2026 15:39:54

Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL   Document 34-2   Filed 04/10/26   Page 148 of 155
PageID #: 567
01/07/2016 15:39:54
Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 149 of 155
PageID #: 568

01/09/2026 15:39:54

Client ID:CONFLICT CHECKS

Case 3:25-cv-00342-DJH-CHL     Document 34-2     Filed 04/10/26     Page 149 of 155
PageID #: 568

Thomson Reuters. No claim to original U.S. Government Works.     148

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

People v. Gast, (Pr-00842)

BEAU GAST                                                                 04/07/2026 15:39:54

                                                                          Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.                    149

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 151 of 155
PageID #: 570

04/01/2026 15:39:54

Client ID:CONFLICT CHECKS



People Reporter Previews

BEAU GAST

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 151 of 155
PageID #: 570

04/01/2026 15:39:54

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 152 of 155
PageID #: 571

Client ID:CONFLICT CHECKS

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 153 of 155
PageID #: 572

04/07/2026 15:39:54
Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 154 of 155
PageID #: 573

Client ID:CONFLICT CHECKS



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

Case 3:25-cv-00342-DJH-CHL    Document 34-2    Filed 04/10/26    Page 155 of 155
PageID #: 574



People Master Report (Premium)                                                    01/07/2026 15:39:54
BEAU GAST                                                                      Client ID:CONFLICT CHECKS

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.