# EXHIBIT B

DB 0 7 9 1 1 PG 0 1 4 7

JH469-DX

RECORD AND RETURN TO
Agency Title Inc
6500 Glenridge Park Place #7
Louisville, Kentucky 40222

PIDN #25-1436-0061-0000

# GENERAL WARRANTY DEED

THIS DEED is between Kenneth W Madison and Rebecca D Madison husband and wife, Grantor(s) whose mailing address is ʜ70ʜ Jarrow Dr. Louisville Ky 40258 , and Steven A Riddle and Regina A Riddle, husband and wife, Grantee(s), whose tax mailing address is 5806 Crockett Drive, Louisville, Kentucky 40258

WITNESSETH That, for a valuable consideration in the amount of $87,500 00, the receipt of which is hereby acknowledged, Grantor(s) hereby conveys unto Grantee(s), for and during their joint lives with the remainder in fee simple to the survivor of them, with covenant of General Warranty, the following described property in Jefferson County, Kentucky, to wit

BEING Lot #61, in HUNTERS HILL SUBDIVISION, SECTION #1-D, Plat of which is of record in Plat and Subdivision Book 28, Page 4, in the Office of the Clerk of the County Court of Jefferson County, Kentucky

Being the same property acquired by Kenneth W Madison and wife, Rebecca D Madison, in survivorship, by Deed dated October 21, 1987, of record in Deed Book 5721, Page 413, in the office aforesaid

Said estate is free from all encumbrances except restrictions and easements of record, zoning regulations and real estate taxes not yet due and payable

Grantor(s) and Grantee(s) do hereto state that the consideration reflected in this deed is the full consideration paid for the property  The grantees join this deed for the sole purpose of certifying the consideration pursuant to KRS 382 135

IN WITNESS WHEREOF, the said Grantor(s) hereby release their respective rights of dower herein, if any, and the said Grantee(s), have hereunto set their hand(s) this June 27, 2002

DB 0 7 9 1 1 PG 0 1 4 8

Signed and acknowledged in the presence of

_Kenneth W. Madison_
(Grantor) Kenneth W Madison

_Rebecca D Madison_
(Grantor) Rebecca D Madison

_Steven A Riddle_
(Grantee) Steven A Riddle

_Regina A Riddle_
(Grantee) Regina A Riddle

**STATE OF KENTUCKY,**

§§

**COUNTY OF JEFFERSON**

I hereby certify that the foregoing deed and consideration statement was acknowledged and sworn to before me this 27th day of June, 2002 by Kenneth W Madison and Rebecca D Madison husband and wife, Grantor(s), and Steven A Riddle and Regina A Riddle, husband and wife, Grantee(s)

Notary Public, Debbie Rumbaugh
State at Large, Kentucky

My Commission Expires March 24, 2006

This instrument was prepared by

_John W. Harpole_

John W Harpole, Attorney
Agency Title, Inc
1812 Heaton Road
Louisville, KY 40216
(502) 447-0072

Document No.: DN2002120416
Lodged By: AGENCY TITLE
Recorded On:   07/01/2002     02:46:19
Total Fees:                99.50
Transfer Tax:              87.50
County Clerk: Bobbie Holsclaw-JEFF CO KY
Deputy Clerk: EVEMAY

END OF DOCUMENT