# EXHIBIT C

Affirm | Pay at your own pace starting at 0% APR. Learn More.

Begin Planning

  



# Steven Anthony Riddle    Share

9/29/1960 - 1/11/2025

It is with heavy hearts the family of Lord Steven Anthony Riddle, age 64, announce his sudden passing to The Otherworld at his home in Louisville, KY on January 11th 2025 at 11:02 am after a glorious fight against cancer.

Steven leaves this world to guard over his wife Regina; his son Lord Austin (Addie his favorite), his daughter Brandi (Beau), and those who know him as their beloved Papaw, Alexandria, Hailie, Jack, Elizabeth and Phoebe.

Steven was known to many as Mr. Fix-It, the man who could fix anything and his crafty hands and quick-witted quips will be missed by all whose life he impacted.  In his final hours, he shared the most loving message for all. "Just be kind to one another. ".... he was truly a loving, kind, and caring man.

## Condolences (0)

Share a memory

Live chat    1

## About Us

Pricing

Indiana Cremation Services

Kentucky Cremation Services

Affirm Financing

Obituaries

About Us

Our Team

## Help

Contact Us

 FAQs

General Price List

Merchandise Price List

Medicaid Assistance

Hosparus Health

Hospice Referrals

Family Experience Survey

Terms & Conditions

Privacy Policy

Return, Refund, and Cancellation Policy

## INDIANA CONTACT INFO:

Indiana Office & Crematory:

812-913-0044

2517 Veterans Parkway, Jeffersonville, IN 47130

ᴎ Central IN: 930-219-4335

4/10/26, 11:39 AM                                     Steven Anthony Riddle

Indianapolis IN: 317-689-0802

NE Indianapolis IN: 463-219-1255

North Central IN: 574-800-4313

East Central IN: 765-273-4918

Northwest IN: 219-666-8467

Northeast IN: 260-254-7811

KENTUCKY CONTACT INFO:

Kentucky Office:

502-653-5834

813 E. Main St., Louisville, KY 40206 (located in NuLu)

Central KY: 859-694-9513

Eastern KY: 606-268-6474

Western KY: 270-216-5453

Western KY: 364-222-4101



         

26, Magnolia Cremations

Steven Anthony Riddle