UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                    Plaintiff,

v.                                                      Civil Action No. 3:25-cv-342-DJH-CHL

BEAU GAST and ANIMAL RIDDERS, LLC,                                    Defendants.

* * * * *

## ORDER

On March 13, 2026, the Court set a hearing for May 5, 2026, in this matter on Plaintiff Animal Ridders of Louisville, Inc.'s motion for contempt (Docket No. 21) and motion for summary judgment (D.N. 29) against Defendants Beau Gast and Animal Ridders, LLC. (D.N. 30) The Court directed the U.S. Marshals Service to serve the March 13, 2026 Order and the July 11, 2025 Preliminary Injunction and Order (D.N. 18) to the defendants, but the service was returned unexecuted as to both addresses provided in the Order. (*See* D.N. 32) The plaintiff has since filed a Notice (D.N. 34) with attached exhibits indicating that Defendant Beau Gast may reside at 5806 Crockett Drive, Louisville, Kentucky, 40258. (*See id.*, PageID.416; *see also, e.g.*, D.N. 34-1, PageID.418 ¶¶ 2–3; D.N. 34-2, PageID.474; D.N. 34-3, PageID.576) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the U.S. Marshals Service is **DIRECTED** to serve this Order and the preliminary injunction (D.N. 18) to Defendants at 5806 Crockett Drive, Louisville, Kentucky, 40258. The Clerk of Court is **DIRECTED** to forward this Order and the preliminary injunction by email to beaugast@gmail.com.

April 14, 2026

**David J. Hale, Chief Judge**
**United States District Court**

cc:    U.S. Marshals Service

1