UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                    Plaintiff,

v.                                                      Civil Action No. 3:25-cv-342-DJH-CHL

BEAU GAST and ANIMAL RIDDERS, LLC,                                    Defendants.

* * * * *

## ORDER

Service was returned unexecuted as to Defendants Beau Gast and Animal Ridders, LLC at 5806 Crockett Drive, Louisville, Kentucky, 40258.  (Docket No. 37)  The Process Receipt and Return states that the U.S. Marshals Service was "unable to locate" Defendants and made "three attempts . . . with no contact."  (*Id.*, PageID.589)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The hearing on Plaintiff's motion for contempt (D.N. 21) and motion for summary judgment (D.N. 29), currently set for May 5, 2026, at 10:00 a.m., is **REMANDED** and **CONTINUED** to **May 20, 2026, at 2:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)    The U.S. Marshals Service is **DIRECTED** to serve again this Order and the Preliminary Injunction and Order (D.N. 18) to Defendants at 5806 Crockett Drive, Louisville, Kentucky, 40258.  The Clerk of Court is **DIRECTED** to forward again this Order and the Preliminary Injunction and Order by email to beaugast@gmail.com.

Nothing in this Order prevents Plaintiff from effecting service of this Order and the Preliminary Injunction and Order (D.N. 18) via a qualified process server pursuant to Federal Rule of Civil Procedure 5(b); *see* Fed. R. Civ. P. 77(d).

May 4, 2026

**David J. Hale, Chief Judge**
**United States District Court**

cc:    U.S. Marshals Service

1