USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Animal Ridders of Louisville, Inc. | 3:25-cv-00342-DJH-CHL |
| DEFENDANT | TYPE OF PROCESS |
| Beau Gast, et al | 18 Prelim Inj/Order, 38 Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Beau Gast, Animal Ridders, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5806 Crockett Dr., Louisville, KY, 40258

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, United States District Court
Western District of Kentucky
601 West Broadway, Room 106
Louisville, KY 40202

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:    May 11, 2026

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                        Fold

To be served through the USM pursuant to Court order- see attached.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | (502) 625-3500 | 5/4/26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 05/11/26 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 05/11/26  Time 1158  ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:  See attached USM-210

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment. if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case 3:25-cv-00342-DJH-CHL     Document 40     Filed 05/11/26     Page 2 of 4 PageID #:
Case 3:25-cv-00342-DJH-CHL     Document 18     Filed 07/11/25     Page 2 of 2     PageID
233

Defendants Beau Gast and Animal Ridders, LLC are **HEREBY ENJOINED** from:

- Using ANIMAL RIDDERS whether as a trademark, service mark, trade or company name, business name, domain name, username, email address, social media handle, or any other public designation; and

- Interfering with Plaintiff's customers and potential customers through deceptive marketing and use of ANIMAL RIDDERS.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants shall shut down the website https://louisvilleanimalridders.com/ and renounce the domain name within **three (3) business days** of the entry of this Preliminary Injunction and Order.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall post security in the amount of **$500 within three (3) business days** of the entry of this Preliminary Injunction and Order, which the Court determines is sufficient under Rule 65(c).

The Clerk of Court is **DIRECTED** to forward this Preliminary Injunction and Order to Defendants' address at 6006 Crockett Dr., Louisville, KY, 40258, and beaugast@gmail.com. (*See* D.N. 10, PageID.184; *see also* D.N. 16)

The Court **REQUESTS** that U.S. Magistrate Judge Colin H. Lindsay schedule a status conference to set a litigation schedule.

July 11, 2025

**David J. Hale, Judge**
**United States District Court**

**U.S. Department of Justice**
United States Marshals Service

UNCLASSIFIED // FOR
OFFICIAL USE ONLY

**Field Operational Report**

## BASIC INFORMATION

| Title of Report | Date |
|---|---|
| Animal Ridders of Louisville v. Beau Gast, et el | May 27, 2026 |

| Reporting District / Division | Type of Occurrence | Incident ID |
|---|---|---|
| Western District of Kentucky | Service of Process | |

☐ BWC Operator Non-Activation    ☐ BWC Equipment Non-Activation

☐ USMS BWC footage exists    ☐ TFO BWC footage exists    ☐ External agency BWC footage exists

☐ USMS BWC footage reviewed    ☐ TFO BWC footage reviewed    ☐ External agency BWC footage reviewed

## NARRATIVE

Description of Occurrence
CASE OF: Animal Ridders of Louisville v. Beau Gast, et el

CASE TYPE: CV - Civil Case

On approximately March 26th the United States Marshals Service received a civil summons for Beau GAST. The listed address of 6006 Crockett Dr was discovered to be a past address / faulty address for GAST. DUSMs then made an attempt to serve GAST at a listed business address of 10005 Bunsen Way #205, It was discovered that suite 205 did not exist and the building was only occupied by another resident.

On approximately April 16th the United States Marshals Service received an updated civil summons for Beau GAST with the listed address of 5806 Crockett Dr. the next day on April 17th DUSMs made an attempt to serve the summons and discovered approximately six to seven signs on display at 5806 Crockett Dr, all describing how residences of the address "Don't call 911" and how they "shoot first and ask questions later". These signs prompted deputies to exercise above than normal caution when attempting to serve this summons and dawn their protective vests. DUSMs made three more attempts on the residence of 5806 Crockett Dr where no one answered the door. DUSMs noted that during each attempt there was multiple vehicles in the driveway of 5806 Crockett Dr. On the last attempt DUSMs interviewed a neighbor who stated he had not seen males entering or exiting the residence other than an elderly male who has since passed away approximately six months ago.

Through a search of GAST's name a business was discovered on approximately May 4th. DUSMs attempted to speak with GAST via the listed business phone number where an employee stated GAST was out of town until the following day (May 5th) and the employee was remote in Louisiana. That employee stated he did not know what GAST's direct phone number was nor did he know what the physical address for the business was. DUSMs identified themselves as federal law enforcement and informed the employee that they needed to speak with GAST. The employee told DUSMs he would inform GAST as soon as he returned and pass contact information along.

On May 5th DUSMs attempted to reach GAST via phone but the same employee from the previous day stated he was unavailable and that he would again pass contact information along.

On May 7th DUSMs called the business and informed the employee they needed to speak with GAST and were told that he was informed about the DUSMs attempting to contact him and was aware they had made multiple attempts to contact GAST.

On May 11th DUSMs made an attempt on 5806 Crockett Dr. No resident appeared at the door despite there being multiple vehicles in the driveway of the home.

Based on the above information The United States Marshal Service believes GAST is aware of his current court proceedings and is intentional evading law enforcement in an attempt to avoid appearing in the Western District of Kentucky.

## SIGNATURES

Form USM-210
Rev. 09/24

## INSTRUCTIONS

**TITLE OF REPORT**
Prisoner Transport, Courtroom Security, Cellblock Security, etc.

**DATE OF OCCURRENCE**
Self explanatory.

**REPORT BY**
The name and title of person preparing the report.

**REPORTING DISTRICT**
The name of the district where the report is prepared. (Please annotate if different from where the occurrence happened)

**TYPE OF OCCURRENCE**
This space will contain a brief description of the nature of the occurrence.

**INCIDENT ID**
District number; hyphen; year; hyphen; serial number of report for the current calendar year (e.g., "80-2022-003" is the third field report of the Western District of Texas in 2022).

For Headquarters reports, the first two characters will be alphabetic, indicating the originating component (e.g., "IO-2022-03" is the third incident report of the Investigative Operations Division in 2022).

**NARRATIVE DESCRIPTION OF OCCURRENCE**
All incidents should be reported via the Capture Incidents Module. The USM-210 may be used for documenting occurrences that are not considered incidents. The narrative should indicate whether this is an initial report or a follow-up or continuation of previous activity, and should be written in accordance with the guidelines described above.

**SIGNATURE**
This block should contain the signature and title of the preparer.

**DATE PREPARED**
The date the report was prepared and signed. This information may differ from the information provided in item 2.

**APPROVED**
This space is for the signature of the headquarters or district management or reviewing official. The signature indicates that the report has been completed in accordance with the provisions of these instructions and is accurate and complete in every respect. The approving official will be held responsible for substandard reports.

**DATE APPROVED**
The date headquarters or district management or the reviewing official signed the report.

**DISTRIBUTION**
Check the appropriate block for distribution and enter the district, headquarters unit or other agency where the report was distributed. Copies and distribution will not be made without the prior approval of headquarters or district management.

UNCLASSIFIED // FOR OFFICIAL USE ONLY

Form USM-210
Rev. 09/24