UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                    Plaintiff,

v.                                                    Civil Action No. 3:25-cv-342-DJH-CHL

BEAU GAST and ANIMAL RIDDERS, LLC,                                    Defendants.

\* \* \* \* \*

## ORDER

On the Court's own motion, it is hereby

**ORDERED** as follows:

(1)     The hearing on Plaintiff's motion for contempt (Docket No. 21) and motion for summary judgment (D.N. 29), currently set for May 20, 2026, at 2:30 p.m., is **REMANDED** and **CONTINUED** to **May 27, 2026, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

(2)     The Clerk of Court is **DIRECTED** to forward this Order and the Court's July 11, 2025 Preliminary Injunction and Order (D.N. 18) by email to beaugast@gmail.com.

Nothing in this Order prevents Plaintiff from effecting service of this Order and the Preliminary Injunction and Order via a qualified process server pursuant to Federal Rule of Civil Procedure 5(b); *see* Fed. R. Civ. P. 77(d).

May 21, 2026

David J. Hale, Chief Judge
United States District Court

1