UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANIMAL RIDDERS OF LOUISVILLE, INC.,                                    Plaintiff,

v.                                                      Civil Action No. 3:25-cv-342-DJH-RSE

BEAU GAST and ANIMAL RIDDERS, LLC,                                    Defendants.

* * * * *

**MEMORANDUM OF HEARING AND ORDER**

This matter came before the Court on May 27, 2026, with the following counsel participating:

For Plaintiff:         Amy Berge

For Defendants:        Beau Gast, pro se

The U.S. Marshals Service served Gast with the Court's Preliminary Injunction and Order (Docket No. 18) and most recent Order directing the Marshals Service to serve Gast (D.N. 38). The Court gave Gast ten days from entry of this Order to retain counsel. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Within **ten (10) days** of entry of this Order, Defendant Beau Gast **SHALL** retain counsel, who shall enter an appearance in this matter. If Gast does not timely retain counsel, the Court will proceed on an expedited basis to resolve the plaintiff's motion for contempt (D.N. 21) and motion for summary judgment (D.N. 29).

(2)     The Clerk of Court is **DIRECTED** to forward this Order by email to beau@beaugast.com, which Mr. Gast informed the Court and counsel was his working email address.

May 27, 2026

David J. Hale, Chief Judge
United States District Court

TIC :20
C/R: Dena Legg

1